# EXHIBIT 21

| SEE INSTRUCTIONS ON REVERSE SIDE | (PLEASE PRINT - USE BALLPOINT PEN - PRESS HARD) | LABOR RELATIONS COPY |
|---|---|---|
| | **WRITTEN GRIEVANCE** | N° 9260 |

To: **Greg Mitchell** immediate Supervisor          Grievance   2002

I hereby submit this WRITTEN GRIEVANCE after orally taking it up with you on, (day) **Friday** (date) **9-23-11**

My Shop Steward (name) **Steward Curtis Reddick** ☒ was ☐ was not present during the oral discussion. The essential details of the grievance are given below in accordance with the provisions of Article XV of the Agreement between Yale University and Local 35 F. U. E., AFL-CIO, which are reproduced in full on the reverse side of this form.

GRIEVANT: NAME **Curtis Reddick**   Emp. No. _____ Date Hired _____
Job Title **Sr. Custodian**   Department **Custodial**
Section **Central**   Location **Law School**

COMPLAINT: The incident complained of occurred on, (day) _____ (date) _____

FACTS: On August 4th 2011 I filed a grievance concerning the overtime list that I was next to work but was not called in to work. I have talked with Greg Mitchell about it and hope to solve the probl in response the university has granted that I be made whole August 25th 2011 from this day forward he has not honored the agreeme.

SECTION (S) of the AGREEMENT ALLEGEDLY VIOLATED: I talked with Greg Mitchell several times about why he didn't put in the hours of overtime which I was

RELIEF SOUGHT: entitled to. and each time he kept giving me different excuses. I feel that this retaliation and this discriminatory action against me as a steward and as a Employee continue on going

Submitted by _____ (GRIEVANT) _____ (DATE)
Since I filed several grievances concerning many of these practices
Received by _____ (SUPERVISOR) _____ (DATE)   Disposition by _____ (SUPERVISOR) _____ (DATE)

of discrimination and Retaliation against me and other worker
Appealed by _____ (CHIEF STEWARD) _____ (DATE)
of Local 35 member   "NO CONTRACT VIOLATION"
Received by _____ (DEPARTMENT HEAD) _____ (DATE)   Disposition by **Gregory Mitchell** 9/26 (DEPARTMENT HEAD) (DATE)

Appealed by _____ (FOR GRIEVANCE COMMITTEE) _____ (DATE)
Received by _____ (DIRECTOR OF LABOR RELATIONS) _____ (DATE)   Disposition by _____ (DIRECTOR OF LABOR RELATIONS) _____ (DATE)