## Memorandum of Agreement
*April 16, 2009*

This Agreement is entered into this 16th Day of April by and between YALE UNIVERSITY ("the University") and Locals 34 and 35, FEDERATION OF UNIVERSITY EMPLOYEES, UNITE-HERE ("the union").

The duration of this Agreement is three years, commencing at 12:01 A.M. on January 20, 2010 and subsequently expiring at 12:01 A.M. on January 20, 2013. Some provisions of this Agreement have effective dates prior to January 20, 2010. Some provisions of this Agreement are time-limited and when they expire the applicable contract language reverts to that of the 2002 Agreement(s) for the duration of this Agreement. Any provisions of the 2002 Labor Agreement between Local 34, Federation of University Employees and Yale University, and the 2002 Labor Agreement between Local 35, Federation of University Employees and Yale University, not modified in this Agreement will continue past their current expiration on January 20, 2010, and will subsequently expire on January 20, 2013.

The following provisions are included in this Agreement and are referenced as exhibits as follows:

Provisions that apply to both bargaining units:
1. Agreement on Improving Health Benefit Offerings
2. Labor Peace Agreement

Provisions that apply to Local 34:
3. Local 34 Wages
4. Agreement on Expansion of Grade E / Reclassification
5. Transition Agreement
6. Supplementary Support for Laid-Off Staff Members
7. Temporary Employees
8. Paid Time Off
9. Joint Initiatives Relating to Clinical Operations
10. Partnering on Research Operations

Provisions that apply to Local 35:
11. Local 35 Wages
12. Facilities and West Campus

Agreement
April 16, 2009

    13. Agreement on Base Staffing Level Formula

    14. Agreement on Custodial Team Performance and Leadership Program

    15. Agreement on Yale Dining

The following additional documents are appended to this Agreement:

    Appendix A: University Letter Regarding Retiree Pharmacy Benefit
    Appendix B: University Letter Regarding Retiree Pensions

**For the Unions**                        **For the University**

_[signature] 8/19/10_
Robert M. Proto
President, Local 35

_[signature] 10/21/10_
Michael A. Peel
Vice President, Human Resources and Administration

_[signature] 5/26/10_
Laura D. Smith
President, Local 34

_[signature] 10/21/10_
Shauna King
Vice President, Finance and Business Operations

_[signature] 5/26/10_
Cathy Meyerson
Staff Director, Local 34

_[signature] 10/22/10_
Bruce Alexander
Vice President for New Haven & State Affairs & Campus Development

Date