| Generic Title: | Senior Custodian | Effective Date: | December, 2003 |
|---|---|---|---|
| Job Family: | Facilities | Job Code / Job Grade: | 854 / 06 |

**Job Summary:**
Supports management by directing the efforts of the custodial staff who provide cleaning services to all areas of the University such as suites, offices, classrooms, kitchens, living spaces, dormitory rooms, laboratories, lobbies, museums, locker rooms, stairways, corridors and elevators.

**Principal Responsibilities:**
1. Directs lower labor grade employees assigned in the following manner.
2. Directs the implementation of work schedules made out by the supervisor.
3. Changes schedules in accordance with the supervisor's instructions to ensure best coverage for absenteeism or sickness.
4. Changes schedules in emergencies to accomplish assigned tasks when supervisor is not available.
5. Ensures the proper supply of equipment and materials are on hand and being used in accordance with standard practices.
6. Cleans and dusts suites, offices, classrooms, kitchens, living spaces, dormitory rooms, laboratories, lobbies, museums, locker rooms, stairways, corridors, elevators, etc.
7. Makes beds as required, dust mops and wet mops floors, cleans and polishes furniture and cleans windows.
8. Spray buffs, spot seals, strips, seals and waxes floors as instructed using appropriate equipment.
9. Cleans and maintains restrooms and bathrooms, cleans glass, chalkboards, display cases, interior partitions, light fixtures, etc.
10. Refills toilet paper, paper towel, sanitary napkin and soap dispensers.
11. Cleans swimming pools, steam rooms, rowing tanks, running tracks and related gym installations not requiring the use of building trades tools.
12. Cleans and polishes hardware such as door handles, push plates, kick plates, metal handrails, cigarette urns, drinking fountains, and restroom trim (external piping, faucets, traps and valves).
13. Vacuums, spot cleans and shampoos carpets, removes and cleans floor mats and entrance rug runners, close, open locks and unlocks windows and doors.
14. Replaces burned out light bulbs or reports same to supervisor, washes walls, doors and woodwork, moves furniture and equipment as required.
15. Maintains service rooms and storage areas in a clean and orderly manner.
16. Maintains adequate supply of cleaning equipment, materials and supplies.
17. Uses cleaning tools such as mops, brooms, squeegees, cleaning cloths, sponges, pails, brushes, vacuum cleaners and floor machine.
18. Turns in found articles in accordance with University policy.
19. Removes snow, ice and litter from building entrances or sweeps same.
20. Removes trash and trash containers from buildings to designated disposal areas and cleans area after trash has been picked up.
21. Reports all repairs required and safety and fire hazards to supervisor.
22. Trains lower labor grade employees using various training methods, observes safety standards and practices.

**Required Education and Experience:**
High School Diploma or equivalent preferred. Five or more years in cleaning services or related type work.

**Required Skills and Abilities:**
1. Ability to read, writes, follow written instructions and communicate written and verbal instructions to other employees.

**Required Licenses or Certifications:**
N/A

**Physical Requirements:**
1. Ability to climb and descend stairs; ability to stoop, bend, and/or squat.
2. Ability to climb a ladder as dictated by their regular job requirements; works in confined areas.
3. Moves and carries furniture, equipment, trash and other materials of the trade weighing up to 50 pounds without assistance and within the normal capacity of their job.
4. Removes snow, ice and litter from building entrances.
5. Ability to move wet/dry vacuums and floor scrubbing machines weighing up to 85 – 150 pounds without assistance and while utilizing their built in wheels.

Req detail 13280BR : Senior Custodian                                                   Page 1 of 7

| Req detail | Req history | Forms |

Job posting preview eLink history

| Sender name | Recipient name/email | eLink sent | eLink opened |
|---|---|---|---|
| Tavella, Kara(kara.tavella) | Bollier, John | 26-May-2011 | |
| Alves, Julia(julia.alves) | Tavella, Kara(kara.tavella) | 26-May-2011 | |
| Bollier, John | Alexander, Bruce(bruce.alexander) | 31-May-2011 | |

Req details Senior Custodian                                                      Req status Closed

| | |
|---|---|
| Job Code | 854 Senior Custodian (06) |
| University Generic Title | Senior Custodian |
| Position General Purpose/Overview of Responsibilities: | **MOBILE ROUNDS**<br>Support management by directing the effort of the custodial staff who provide cleaning service to all areas of the University such as suites, offices, classrooms, kitchens, living spaces, dormitory rooms, laboratories, lobbies, locker rooms, stairways, corridors and elevators. |
| Department | Cust Svs |
| STARS Requisition number | 13280BR |
| Recruiter | Brooks, Teretha(teretha.brooks) |
| Supervisor | McGraw, Marquis(marquis.mcgraw) |
| Location/Division | Office Of Facilities |
| No. of Identical Positions to be Posted | 1 |
| Positions Remaining | 0 |
| FLSA Status | Non-Exempt |

Position Requirements (Local 35 Facilities Req) - The following fields will appear on the job posting.

| | |
|---|---|
| Essential Duties | 1. Direct lower labor grade employees assigned in the following manner:<br>a. Direct the implementation of work schedules made out by the supervisor.<br>b. Change schedules in accordance with the supervisor's instructions to ensure best coverage for absenteeism or sickness.<br>c. Change schedules in emergencies to accomplish assigned tasks when supervisor is not available.<br>d. Ensure that the proper supply of equipment and materials are on hand and being used in accordance with standard practices.<br>2. Clean and dust suites, offices, classrooms, kitchens, living spaces, dormitory rooms, laboratories, lobbies, locker rooms, stairways, corridors, elevators, etc.<br>3. Make beds as required.<br>4. Dust mops and wet mops floors.<br>5. Clean and polish furniture and clean windows. |

6. Spray buff, spot seals, strip seal and wax floors as instructed, using appropriate equipment.
7. Clean and maintain restrooms and bathrooms.
8. Clean glass, chalkboards, display cases, interior partitions, light fixtures, etc.
9. Refill toilet paper, paper towel, sanitary napkin and soap dispensers.
10. Clean swimming pools, steam rooms, rowing tanks, running tracks, and related gym installations not requiring the use of building trades tools.
11. Clean and polish hardware such as door handles, push plates, kick plates, metal handrails, cigarette urns, drinking fountains, and restroom trim (external piping, faucets, traps, and valves).
12. Vacuum, spot clean and shampoo carpets.
13. Remove and clean floor mats and entrance rug runners.
14. Close, open, lock and unlock windows and doors.
15. Replace burned out light bulbs or report same to supervisor.
16. Wash walls, doors and woodwork.
17. Move furniture and equipment as required.
18. Maintain service rooms and storage areas in a clean and orderly manner.
19. Maintain adequate supply of cleaning equipment, materials, and supplies.
20. Use cleaning tools such as mops, brooms, squeegees, cleaning cloths, sponges, pails, brushes, vacuum cleaners, and floor machine.
21. Turn in found articles in accordance with University policy.
22. Remove snow, ice and litter from building entrances or sweeps same.
23. Remove trash and trash containers from buildings to designated disposal areas and clean area after trash has been picked up.
24. Report all repairs required and safety and fire hazards to supervisor.
25. Train lower labor grade employees using various training methods.
26. Observe safety standards and practices.
27. Perform related duties as required or assigned within job classification.

**Education and Experience** 1. Five or more years in cleaning services or related type work.

**Additional Education and Experience**

**Skills & Abilities** 1. Ability to read, write, follow written instructions and communicate written and verbal instructions to other employees.

For Standard Work Schedules, complete Type of Employment and Work Week fields only. For Flexible or Nonstandard schedules, complete Type of Employment, Work Week, Work Days (Other than Standard), and Work Hours (Other than Standard) fields.

**Type of Employment** Full Time

**If Part-Time, total # of hours to be worked**

**Work Week** Non Standard Work Week

**Work Days (Other than Standard)** Monday
Tuesday
Wednesday
Thursday

Req detail 13280BR : Senior Custodian                                              Page 5 of 7

|  |  |
|---|---|
|  | Friday |
| Work Hours (Other than Standard) | Monday - Friday 4:00pm - 12:00am |
| Full Time Equivalent | 40.0 hours (Local 35 or requires HR approval) |
| Weekend Hours Required? | No |
| Evening Hours Required? | Yes |

Shift Differential/Premium Info:

| | |
|---|---|
| Is this position eligible for shift differential or trade premium? | Yes |
| If yes, please indicate type: | |
| If shift/premium differential applies, what is the value? | 1.05 |
| If shift/premium differential applies, what is the percentage? | |
| If shift/premium differential applies, include in base hourly rate? | Yes |

Additional Position Information:

| | |
|---|---|
| Budget Type | Budgeted Replacement |
| If Replacement Position, Incumbent Name (Last Name, First Name) | Wilson, Mark |
| Incumbent Job Title | |
| Incumbent Job Grade | |
| Job Category | Service & Maintenance |
| Bargaining Unit | L35 |
| Salary Grade | 06 |
| Searchable Job Family | Custodial Services |
| Reporting Job Family | Custodial Services |
| Work Location | Central Campus |
| Worksite Address | Mobile Rounds |
| Worksite Phone Number | 6-5737 |
| Is this a rounds position? | Yes |
| If yes, where? | |
| University Mail Code | 520-Custodial Services |
| Home Organization Number | FACCS Central Budget Account 922019 |

Additional Position Requirements:

| | |
|---|---|
| Physical Requirements/Licenses/Certifications | 1. Ability to climb and descend stairs.<br>2. Ability to stoop, bend and/or squat.<br>3. Ability to climb a ladder as dictated by their regular job requirements.<br>4. Work in confined areas.<br>5. Move and carry furniture, equipment trash and other materials of the trade weighing up to 50 pounds without |

Req detail 13280BR : Senior Custodian                                                  Page 4 of 7

assistance and within the normal capacity of their job.
6. Remove snow, ice and litter from building entrances.
7. Ability to move wet/dry vacuums and floor scrubbing machines weighing up to 85-150 pounds without assistance and while utilizing their built in wheels.
8. Heavy Lifting.
9. Heavy Floor Work.

Please select the tests required for this position

Background Check Eligiblity  External and Internal

Background Check Requirements  All external candidates for employment will be subject to pre-employment background screening for this position, which may include motor vehicle and credit checks based on the position description and job requirements. Internal candidates may be subject to a motor vehicle or credit check for this position based on the position description and job requirements. All offers are contingent on successful completion of the required background check. Please visit www.yale.edu/hronline/careers/screening/faqs.html for additional information on the background check requirements and process.

*Note: If this position requires a credit or MVR check please select the appropriate package below. If credit and MVR are not required, please select the Standard package.

Background Check Package  Standard

Drug Screen  No

Health Screening  No

Test Details

Labor Schedule Information:

Initial Labor Schedule  HR Transaction Center to enter according to PTAEO(s) provided below

PTAEO #1

Project 1  00

Task 1  1022887

Expenditure 1  723100

Award 1  0001DC

Org 1  922019

Percentage 1 (###.###)  100

PTAEO #2

Project 2

Task 2

Award 2

Expenditure 2

Org 2

PTAEO #3

Project 3

Req detail 13280BR : Senior Custodian                                    Page 5 of 7

Percentage 2 (###.###)
Task 3
Award 3
Expenditure 3
Org 3
Percentage 3 (###.###)

PTAEO #4
Project 4
Task 4
Award 4
Org 4
Expenditure 4
Percentage 4 (###.###)

**Business Office Information:**

Business Manager Click here to request a name be added to the list    Kara(kara.tavella) Tavella

Primary Departmental Requisition Contact Click here to request a name be added to the list    Marquis(marquis.mcgraw) McGraw

Primary Departmental Contact Phone Number    6-5737

Name of Preparer    Julia Alves

Advertising

Will this position be advertised?    N/A

If yes, when should the advertisement be placed?

If choice is Other, please specify when

If yes, where should position be advertised?

If yes, Advertising PTAEO

Advertising Text

Where was the advertisement actually placed?

What was the final, actual advertising cost?

If advertised in more than one location, enter the total cost breakdown here:

HR Use Only

Last Day Bids Accepted    13-Jun-2011

Original Posting Date    01-Jun-2011

Req detail 13280BR : Senior Custodian                                         Page 6 of 7

External Gateway Posting Date:
Yale Posting Status  CLOSED TO FURTHER APPLICATIONS
Yale Posting Status Updated
If position cancelled, state reason:
If Cancel & Repost, enter reposted req # here:
Candidate Development Specialist (CDS) Assigned
CDS Assigned Date
Hire Status
Hire Type
Hire Source
Approved By
Verified Date
HRG Comments
Recruiter Comments

ADDITIONAL INSTRUCTIONS FOR COMPLETING THE REQUISITION:

Req Team: Leave those names that autopopulate and add those who have a business need to see the activity and candidates associated with this requisition.

Turn Off Autofiler Notification: Please verify that this box is checked.

Approval Routing: Based on your department's business rules, enter only those individuals who need to approve the posting of this requisition. Bypass those approval levels that are not applicable.

Approvals will route sequentially; therefore, if one individual is an approver at multiple levels, enter only the highest level and bypass the others to avoid multiple requests for approval to the same person.

Notify Upon Approval: Verify that HR, Recruiter Staffing is selected.

| Req team | Name | Dept. | Job title | Phone Fax |
|---|---|---|---|---|
| | Lynch, April (april.lynch) | HRSTAF Staffing Org 97410 | Personnel Assistant | 203-432-1121 |
| | Tavella, Kara (kara.tavella) | FACBO Business Office 971 | Associate Director 3 | 203-432-6815 |
| | Young, Robert | FACDDF Deputy Director - | Director 3 | 432-0142 |
| | Brooks, Teretha (teretha.brooks) | HRSTAF Staffing Org 97410 | Coordinator 3 | 203-432-2092 |
| | Vendola, Susan (susan.vendola) | MFDO Finance & Administra | Technical Assistant 4 | 203-785-7419 |

Req detail 13280BR : Senior Custodian

| | | | |
|---|---|---|---|
| HR, Client Support | | | |
| HR, Recruiter Staffing | Staffing | | 432-5700 |
| Dantone, Carrie (carrie.dantone) | HRSTAF Staffing Org 97410 | Senior Administrative Assistant | 203-436-3900 |
| Yaeger, Katherine (katherine.yaeger) | HRER Employee Relations 9 | Human Resources Representative 2 | 203-436-5714 |

Turn-off Autofiler notification for this req ☑

### Approval Routing

| Approval routing | Job title | User | Date |
|---|---|---|---|
| | Hiring Manager | Tavella, Kara (kara.tavella) | 26-May-2011 |
| | Org Unit Business Manager | Bypass | 26-May-2011 |
| | Department Business Manager/Head | Bollier, John | 31-May-2011 |
| | Associate University Librarian | Bypass | 26-May-2011 |
| | Comp and Class | Bypass | 26-May-2011 |
| | Officer/Provost (BOLT/Designee) | Alexander, Bruce (bruce.alexander) | 01-Jun-2011 |

Notify upon approval completion  HR, Recruiter Staffing

To be completed after the req has been filled.

Name of Person Hired

Start Date

Added by  Alves, Julia(julia.alves)

Added on  26-May-2011

