**Policies, Procedures, Forms, Guides, & Quick Steps**
# Yale University Forms

**Form 3501 FR.50**
## Leave of Absence Application
Revision Date: 10/3/06

[X] Initial Application    [ ] Application for Extension

Employee: CURTIS REDDICK    Title: _____    Phone #: 535-1687
Supervisor: ROGER WATSON    Title: _____    Phone #: 432-4864

**Employee's Request**

A. [X] Disability:                       Dates 1/20/09 to 2/1/09
   [X] Non-job connected illness or injury    [ ] Pregnancy (due date: _____)
   [ ] Intermittent    [ ] Reduced Schedule

B. [ ] Child Rearing:                     _____ to _____
   [ ] Maternity    [ ] Paternity    [ ] Adoption    (due date: _____)

C. [ ] Caregiver                         _____ to _____
   [ ] Parent    [ ] Spouse
   [ ] Child    [ ] Partner in a Civil Union
   [ ] Intermittent    [ ] Reduced Schedule

D. [ ] Military                                 _____ to _____

E. [ ] Other / Personal (good cause)            _____ to _____

Explanation: _____

All supporting documents required by the University must be attached (see Instructions)
I understand that my job [X] will be held for me until 2/1/09 ; [ ] will not be held for me. I understand the conditions under which a leave of absence may be granted and I affirm that the above statements and those contained in the supporting documents are true to the best of my knowledge. I also understand that I may not accept work from another employer during the period covered, without the express approval of the University.

Signature _Curtis Reddick_ (Employee)         Date 1-22-09

**Supervisor's Recommendation**
I recommend that the University [ ] grant [ ] deny this leave of absence. His/her job will be held until _____.
[ ] will not be held. The employee [ ] should [ ] should not be granted University approval to accept work from another employer during the covered period.

Signature _____ Ext _____ Date _____
Title _____
Comments _____

*DEFENDANT'S EXHIBIT NO. [illegible] FOR IDENTIFICATION*

**Department Head or Administrator**
I have reviewed this request and recommend that it be [ ] granted [ ] denied and hereby submit the form to Human Resources for final review.

Signature _[signed]_    Ext 27547    Date 2-3-09
Title Director of _____
Comments _____

**Client Support**
**Department of Human Resources Disposition**
I have reviewed the request and the request shall be [X] granted [ ] denied [X] FMLA designated.

Signature _Pat_    Ext 64636    Date 2/6/09
Title HR Generalist
Comments CT & FEDERAL FMLA runs concurrently

# Yale University Forms
Policies, Procedures, Forms, Guides, & Quick Steps

**Form 3501 FR.50**
**Application for Leave of Absence**
Revision Date: 03/10/09

[x] Initial Application  [ ] Application for Extension

Employee: Curtis Reddick   Title: _____   Phone #: 676-7962
Supervisor: Markqus McGraw  Title: _____   Phone #: 432-4864

**Employee's Request**   Dates

A. [x] Disability:   11-10-09 to 5/10/10
  [x] Non-job connected illness or injury  [ ] Pregnancy (due date: _____)
  [x] Intermittent  [ ] Reduced Schedule

B. [ ] Child Rearing:   ___ to ___
  [ ] Maternity  [ ] Paternity  [ ] Adoption (due date: _____)

C. [ ] Caregiver   ___ to ___
  [ ] Parent  [ ] Spouse
  [ ] Child  [ ] Partner in a Civil Union
  [ ] Intermittent  [ ] Reduced Schedule

D. [ ] Military   ___ to ___
  [ ] Caregiver  [ ] Qualifying Exigency

E. [ ] Other / Personal (good cause)   ___ to ___

F. [ ] Workers Compensation (To be designated by HR only)   ___ to ___

Explanation: _____

All supporting documents required by the University must be attached (see instructions)
I understand the conditions under which a leave of absence may be granted and I affirm that the above statements and those contained in the supporting documents are true to the best of my knowledge. I also understand that I may not accept work from another employer during the period covered, without the express approval of the University.

Signature: Curtis Reddick (Employee)   Date: 11-10-09

**Client Support**
**Department of Human Resources Disposition**
I have reviewed the request and the request shall be [x] granted [ ] denied.
This leave of absence will be designated as: [ ] FMLA  [x] Federal and State FMLA  [ ] Yale leave
His/her job will be held until 5/10/10 , [ ] will not be held. The employee [ ] should [x] should not be granted University approval to accept work from another employer during the covered period.

Signature: Stephanie Santee   Ext: 0-8389   Date: 12/7/09
Title: LOA Coordinator
Comments: 9 days (72 hours) of FMLA used on previous leave. 568 hours remaining for this leave.

**Policies, Procedures, Forms, Guides, & Quick Steps**
# Yale University Forms

Form 3501 FR.50
## Application for Leave of Absence
Revision Date: 03/10/09

[X] Initial Application  [ ] Application for Extension

Employee: Curtis Reddick   Title: Senior Custodian   Phone #: _____
Supervisor: Kerry Watson   Title: _____   Phone #: _____

**Employee's Request**   Dates 1/21/10 to 2/18/10

A. [X] Disability:
   [X] Non-job connected illness or injury   [ ] Pregnancy (due date: _____)
   [ ] Intermittent   [ ] Reduced Schedule

B. [ ] Child Rearing:   ___ to ___
   [ ] Maternity   [ ] Paternity   [ ] Adoption  (due date: _____)

C. [ ] Caregiver   ___ to ___
   [ ] Parent   [ ] Spouse
   [ ] Child   [ ] Partner in a Civil Union
   [ ] Intermittent   [ ] Reduced Schedule

D. [ ] Military   ___ to ___
   [ ] Caregiver   [ ] Qualifying Exigency

E. [ ] Other / Personal (good cause)   ___ to ___

F. [ ] Workers Compensation (To be designated by HR only)   ___ to ___

Explanation: _____

All supporting documents required by the University must be attached (see instructions)
I understand the conditions under which a leave of absence may be granted and I affirm that the above statements and those contained in the supporting documents are true to the best of my knowledge. I also understand that I may not accept work from another employer during the period covered, without the express approval of the University.

Signature _____ (Employee)   Date _____

**Client Support**
Department of Human Resources Disposition
I have reviewed the request and the request shall be [X] granted [ ] denied.
This leave of absence will be designated as:   [ ] FMLA   [X] Federal and State FMLA   [X] Yale leave
His/her job will be held until 2/18/10, [ ] will not be held. The employee [ ] should [X] should not be granted University approval to accept work from another employer during the covered period.
Signature Stephanie O'Santu   Ext 0-8389   Date 1/28/10
Title LOA Coordinator
Comments 4 weeks of FMLA.


DEFENDANT'S EXHIBIT NO. FOR IDENTIFICATION

**Policies, Procedures, Forms, Guides, & Quick Steps**
# Yale University Forms

Form 3501 FR.50
**Application for Leave of Absence**
Revision Date: 03/10/09

☐ Initial Application    ☐ Application for Extension

Employee: Curtis Reddick    Title: Sr. Custodian    Phone #: _____
Supervisor: Rory Watson    Title: Supervisor    Phone #: 436-4919

**Employee's Request**

A. ☒ Disability:    Dates 3/21/10 to 9/21/10
   ☒ Non-job connected illness or injury  ☐ Pregnancy (due date: _____)
   ☒ Intermittent   ☐ Reduced Schedule

B. ☐ Child Rearing:    ___ to ___
   ☐ Maternity   ☐ Paternity   ☐ Adoption  (due date: _____)

C. ☐ Caregiver    ___ to ___
   ☐ Parent   ☐ Spouse
   ☐ Child    ☐ Partner in a Civil Union
   ☐ Intermittent   ☐ Reduced Schedule

D. ☐ Military    ___ to ___
   ☐ Caregiver   ☐ Qualifying Exigency

E. ☐ Other / Personal (good cause)    ___ to ___

F. ☐ Workers Compensation (To be designated by HR only)    ___ to ___

Explanation: _____

All supporting documents required by the University must be attached (see instructions)
I understand the conditions under which a leave of absence may be granted and I affirm that the above statements and those contained in the supporting documents are true to the best of my knowledge. I also understand that I may not accept work from another employer during the period covered, without the express approval of the University.

Signature _____ (Employee)    Date _____

**Client Support**
**Department of Human Resources Disposition**
I have reviewed the request and the request shall be ☒ granted ☐ denied.
This leave of absence will be designated as:   ☐ FMLA  ☒ Federal and State FMLA  ☐ Yale leave
His/her job will be held until 9/21/10 ___, ☐ will not be held. The employee ☐ should ☒ should not be granted University approval to accept work from another employer during the covered period.

Signature: Stephanee Santeen    Ext 6-8389    Date 4/8/10
Title: LOA Coordinator
Comments: There are 296.0 FMLA hours remaining to use for this leave.


DEFENDANT'S EXHIBIT NO. 2 FOR IDENTIFICATION DATE 12/3/14

# Yale University Forms
Policies, Procedures, Forms, Guides, & Quick Steps

**Form 3501 FR.50**
**Application for Leave of Absence**
Revision Date: 03/10/09

☐ Initial Application   ☐ Application for Extension

Employee: Curtis Reddick   Title: Custodian   Phone #: (203) 535-1607 ~~432-4864~~
Supervisor: Markquis McGraw   Title: Supervisor   Phone #: 432-4864

**Employee's Request**                                                                 Dates

A. ☐ **Disability:**                                                                    ___ to ___
    ☐ Non-job connected illness or injury   ☐ Pregnancy (due date: _____)
    ☐ Intermittent   ☐ Reduced Schedule

B. ☐ **Child Rearing:**                                                                 ___ to ___
    ☐ Maternity   ☐ Paternity   ☐ Adoption   (due date: _____)

C. ☑ **Caregiver**                                                                      9/24/10 to 11/5/10
    ☐ Parent   ☑ Spouse
    ☐ Child   ☐ Partner in a Civil Union
    ☑ Intermittent   ☐ Reduced Schedule

D. ☐ **Military**                                                                       ___ to ___
    ☐ Caregiver   ☐ Qualifying Exigency

E. ☐ Other / Personal (good cause)                                                     ___ to ___

F. ☐ Workers Compensation (To be designated by HR only)                                ___ to ___

Explanation: _____

All supporting documents required by the University must be attached (see instructions)
I understand the conditions under which a leave of absence may be granted and I affirm that the above statements and those contained in the supporting documents are true to the best of my knowledge. I also understand that I may not accept work from another employer during the period covered, without the express approval of the University.

Signature _Curtis Reddick_ (Employee)   Date 10-3-10

**Client Support**
**Department of Human Resources Disposition**
I have reviewed the request and the request shall be ☑ granted ☐ denied.
This leave of absence will be designated as:  ☐ FMLA  ☑ Federal and State FMLA  ☐ Yale leave
His/her job will be held until 11/5/10, ☐ will not be held. The employee ☐ should ☑ should not be granted University approval to accept work from another employer during the covered period.

Signature _Stephanie Kantur_   Ext 6-8389   Date 10/8/10
Title LOA Coordinator
Comments: 280.0 hours of FMLA remaining for this leave.


DEFENDANT'S EXHIBIT NO. 7 FOR IDENTIFICATION

# Yale University Forms

**Form 3501 FR.50**
**Application for Leave of Absence**
Revision Date: 11/18/09

☐ Initial Application ☐ Application for Extension

Employee: Curtis Reddick  Title: Custodian  Phone #: (203) 676-7962
Supervisor: Gary Manville  Title: Supervisor  Phone #: (203) 432-4864

**Employee's Request**  Dates 4/26/11 to 10/26/11

A. ☒ Disability:
   ☒ Non-job connected illness or injury ☐ Pregnancy (due date: _____)
   ☒ Intermittent ☐ Reduced Schedule

B. ☐ Child Rearing:
   ☐ Maternity ☐ Paternity ☐ Adoption (due date: _____)   ___ to ___

C. ☐ Caregiver
   ☐ Parent ☐ Spouse
   ☐ Child ☐ Partner in a Civil Union
   ☐ Intermittent ☐ Reduced Schedule   ___ to ___

D. ☐ Military   ___ to ___
   ☐ Caregiver ☐ Qualifying Exigency

E. ☐ Other / Personal (good cause)   ___ to ___

F. ☐ Workers Compensation (To be designated by HR only)   ___ to ___

Explanation: _____

**Paid Time Off Designation**
For all leaves of absence (continuous and intermittent), employees MUST designate how they would like to be paid. Employees can use any combination of available Sick, Vacation/PTO, Bonus Vacation, Personal, Floating Holiday, Compensatory Time or choose to be unpaid. (Note: For Personal Leaves, employees may not use Sick time) Please check your option below.
The Standard Designation is as follows:
☐ Sick, Vacation/PTO, Bonus Vacation, Personal, Floating Holiday, Compensatory Time, then Unpaid
OR Please write a Paid Time Off designation below: _____

All supporting documents required by the University must be attached (see instructions)
I understand the conditions under which a leave of absence may be granted and I affirm that the above statements and those contained in the supporting documents are true to the best of my knowledge. I also understand that I may not accept work from another employer during the period covered, without the express approval of the University.

Signature _____ (Employee)  Date _____

**Client Support**
Department of Human Resources Disposition
I have reviewed the request and the request shall be ☒ granted ☐ denied.
This leave of absence will be designated as: ☐ FMLA ☒ Federal and State FMLA ☐ Yale leave
His/her job will be held until: 10/26/11, ☐ will not be held. The employee ☐ should ☒ should not be granted University approval to accept work from another employer during the covered period.

Signature _Stephanie Santa_  Ext 6-8389  Date 4/28/11
Title LOA Coordinator
Comments _____

DEFENDANT'S EXHIBIT NO. 8 FOR IDENTIFICATION

05/28/2009  Questions? Contact hrclientsupport@yale.edu  Page 1 of 1

## Policies, Procedures, Forms, Guides, & Quick Steps
# Yale University Forms

**Form 3501 FR.50**
**Application for Leave of Absence**
Revision Date: 11/19/09

☐ Initial Application   ☐ Application for Extension

Employee: __Curtis Reddick__   Title: _____   Phone #: _____ 676-7962
Supervisor: __Greg Mitchell__   Title: __Supervisor__   Phone #: __432-4864__

**Employee's Request**                                                                Dates

A. ☒ **Disability:**                                                          __10/26/11__ to __4/26/12__
   ☒ Non-job connected illness or injury   ☐ Pregnancy (due date: _____)
   ☒ Intermittent   ☐ Reduced Schedule

B. ☐ **Child Rearing:**                                                       _____ to _____
   ☐ Maternity   ☐ Paternity   ☐ Adoption   (due date: _____)

C. ☐ **Caregiver**                                                             _____ to _____
   ☐ Parent   ☐ Spouse
   ☐ Child   ☐ Partner in a Civil Union
   ☐ Intermittent   ☐ Reduced Schedule

D. ☐ **Military**                                                              _____ to _____
   ☐ Caregiver   ☐ Qualifying Exigency

E. ☐ **Other / Personal (good cause)**                                         _____ to _____

☐ Workers Compensation (To be designated by HR only)                            _____ to _____

**Explanation:** _____

**Paid Time Off Designation**
For all leaves of absence (continuous and intermittent), employees MUST designate how they would like to be paid. Employees can use any combination of available Sick, Vacation/PTO, Bonus Vacation, Personal, Floating Holiday, Compensatory Time or choose to be unpaid. (Note: For Personal Leaves, employees may not use Sick time) Please check your option below.

The Standard Designation is as follows:
☐ Sick, Vacation/PTO, Bonus Vacation, Personal, Floating Holiday, Compensatory Time, then Unpaid
OR Please write a Paid Time Off designation below:

All supporting documents required by the University must be attached (see instructions)
I understand the conditions under which a leave of absence may be granted and I affirm that the above statements and those contained in the supporting documents are true to the best of my knowledge. I also understand that I may not accept work from another employer during the period covered, without the express approval of the University.

Signature _____ (Employee)   Date _____

**Client Support**
**Department of Human Resources Disposition**
I have reviewed the request and the request shall be ☒ granted ☐ denied.
This leave of absence will be designated as: ☐ FMLA ☒ Federal and State FMLA ☐ Yale leave
His/her job will be held until __4/26/12__. ☐ will not be held. The employee ☐ should ☒ should not be granted University approval to accept work from another employer during the covered period.

Signature __Stephanie Santa__ Ext __6-8389__   Date __11/10/11__
Title __LOA Coordinator__
Comments _____

DEFENDANT'S EXHIBIT NO. 3

05/28/2009   Questions? Contact hrclientsupport@yale.edu

Nov. 4, 2011 2:46PM

**Policies, Procedures, Forms, Guides, & Other Stuff**
# Yale University Forms

Form 3601 FR.06
## Application for Leave of Absence
Revision Date: 11/18/09

☐ Initial Application    ☐ Application for Extension

Employee: **Curtis Reddick** Title: **Custodian** Phone #: **203) 535-1607**
Supervisor: **Grey Mitchell** Title: **Supervisor** Phone #: **203 432-4864**

Employee's Request

A. ☒ Disability:    Dates **4/25/12** to **10/25/12**
    ☒ Non-job connected illness or injury  ☐ Pregnancy (due date: _____)
    ☒ Intermittent  ☐ Reduced Schedule

B. ☐ Child Rearing:    ___ to ___
    ☐ Maternity  ☐ Paternity  ☐ Adoption (due date: _____)

C. ☐ Caregiver:    ___ to ___
    ☐ Parent  ☐ Spouse
    ☐ Child   ☐ Partner in a Civil Union
    ☐ Intermittent  ☐ Reduced Schedule

D. ☐ Military    ___ to ___
    ☐ Caregiver  ☐ Qualifying Exigency

E. ☐ Other / Personal (good cause)    ___ to ___

F. ☐ Workers Compensation (To be designated by HR only)    ___ to ___

Explanation: _____

---

**Paid Time Off Designation**

For all leaves of absence (continuous and intermittent), employees MUST designate how they would like to be paid. Employees can use any combination of available Sick, Vacation/PTO, Bonus Vacation, Personal, Floating Holiday, Compensatory Time or choose to be unpaid. (Note: For Personal Leaves, employees may not use Sick time) Please check your option below.

The Standard Designation is as follows:

☐ Sick, Vacation/PTO, Bonus Vacation, Personal, Floating Holiday, Compensatory Time, then Unpaid

OR Please write a Paid Time Off designation below:

---

All supporting documents required by the University must be attached (see instructions)
I understand the conditions under which a leave of absence may be granted and I affirm that the above statements and those contained in the supporting documents are true to the best of my knowledge. I also understand that I may not accept work from another employer during the period covered, without the express approval of the University.

Signature _____ (Employee)    Date _____

**Client Support**
Department of Human Resources Disposition
I have reviewed the request and the request shall be ☒ granted ☐ denied.
This leave of absence will be designated as:  ☐ FMLA ☒ Federal and State FMLA ☐ Yale leave
His/her job will be held until **10/25/12**, ☐ will not be held. The employee ☐ should ☒ should not be granted University approval to accept work from another employer during the covered period.
Signature **Stephanie [illegible]** Ext **6-8389**    Date **4/25/12**
**Leave Coordinator**

Comments _____

DEFENDANT'S EXHIBIT NO. 4 FOR IDENTIFICATION DATE 3/13/14 RPTR JCF

SM

RECEIVED NOV 08 2012 SERVICE CENTER

**Policies, Procedures, Forms, Guides, & Quick Steps**
# Yale University Forms

No... 3501 FR.50
Application for Leave of Absence
Revision Date: 11/18/09

☐ Initial Application   ☒ Application for Extension

Employee: **Curtis Reddick**   Title: **Custodian**   Phone #: 432-4864 (203) 535-1604
Supervisor: **Greg Mitchell**   Title: **Supervisor**   Phone #: 432-4864

**Employee's Request**

Dates

1. ☒ **Disability:**   10/06/12 to 4/26/13
   ☒ Non-job connected illness or injury   ☐ Pregnancy (due date: _____)
   ☒ Intermittent   ☐ Reduced Schedule

2. ☐ **Child Rearing:**   ___ to ___
   ☐ Maternity   ☐ Paternity   ☐ Adoption   (due date: _____)

3. ☐ **Caregiver**   ___ to ___
   ☐ Parent   ☐ Spouse
   ☐ Child   ☐ Partner in a Civil Union
   ☐ Intermittent   ☐ Reduced Schedule

4. ☐ **Military**   ___ to ___
   ☐ Caregiver   ☐ Qualifying Exigency

5. ☐ Other / Personal (good cause)   ___ to ___

6. ☐ Workers Compensation (To be designated by HR only)   ___ to ___

Explanation: _____

**Paid Time Off Designation**
For all leaves of absence (continuous and intermittent), employees MUST designate how they would like to be paid. Employees can use any combination of available Sick, Vacation/PTO, Bonus Vacation, Personal, Floating Holiday, Compensatory time or choose to be unpaid. (Note: For Personal Leaves, employees may not use Sick time) Please check your option below.

The Standard Designation is as follows:
☒ Sick, Vacation/PTO, Bonus Vacation, Personal, Floating Holiday, Compensatory Time, then Unpaid
☐ Please write a Paid Time Off designation below:

_____

DEFENDANT'S EXHIBIT NO. 5 FOR IDENTIFICATION DATE 10/2/14

All supporting documents required by the University must be attached (see instructions)
I understand the conditions under which a leave of absence may be granted and I affirm that the above statements and those contained in the supporting documents are true to the best of my knowledge. I also understand that I may not accept work from another employer during the period covered, without the express approval of the University.

Signature **Curtis Reddick** (Employee)   Date **11/7/12**

**Client Support**
**Department of Human Resources Disposition**
I have reviewed the request and the request shall be ☒ granted ☐ denied.
His leave of absence will be designated as:   ☐ FMLA   ☒ Federal and State FMLA   ☐ Yale leave
His/her job will be held until _____, ☐ will not be held. The employee ☐ should ☒ should not be granted University approval to accept work from another employer during the covered period.

Signature _____ Ext **6-8389**   Date **11/9/12**
Title: **Leave Coordinator**

Comments: _____