Revised: 4/3/2009 3:05 PM

MEMORANDUM OF AGREEMENT

Yale University and Local 35, in the spirit of progress and growth have mutually
recognized and agreed upon the need for *change*. Changes in means and methods used
for negotiation, staffing, work assignments, priority setting, etc., using a greater sense of
collaboration, communication, teamwork, empowerment and accountability will lead to
higher quality of service, increased employee productivity and a higher level of customer
satisfaction. These are believed to be the cornerstones of success for both the University
and Local 35 that will lead to competitiveness and growth ultimately benefitting the
greater community of Yale University.

## Custodial Team Performance and Leadership Program

**Whereas,** Yale University and Local 35 wish to work together to significantly increase
the quality of service, employee productivity, and customer satisfaction of custodial
services across the entire University, as well as to provide additional jobs and opportunity
for professional growth amongst the members of Local 35 custodial staff.

To this end, a new service model has jointly been developed and attached as Exhibit A
*Custodial Team Performance and Leadership Program*. This approach will be applied to
new academic and academic research buildings (such as FES, Social Science, and the
Yale Biology building)on a schedule jointly determined, based on continuing success of
the program and without abrogation of any current rights of the University as to
outsourcing. The University will also transition outsourced academic or academic
research facilities to the L35 staffed service model based on the success of this new
program as outlined in Exhibit A.

This memorandum of agreement will be effective upon the early extension of the 2002
Collective Bargaining Agreement and will be in effect for the full duration of such
extension.

Bob Proto
President,
Local 35 UNITE HERE

Mark Wilson
Vice President,
Local 35 UNITE HERE

Bruce Alexander
Vice President for New Haven & State
Affairs & Campus Development

Michael Peel
Vice President,
Human Resources

Dated: April 13, 2009

PLAINTIFF'S
EXHIBIT
A
9/30/14
PENGAD 800-631-6989

1

Revised: 4/3/2009 3:05 PM

## Exhibit A:

## Custodial Team Performance and Leadership Program

**Overview:**

The Custodial Team Performance and Leadership Program is a new business model for providing custodial services to University buildings that is intended to yield higher levels of customer satisfaction, quality of service and productivity than are yielded from the department's current service. The program consists of a staffing model with new and altered job descriptions. The program requires increased responsibility and accountability of Local 35 staff, particularly of "lead-persons": Facilities Stewards and Custodial Team Leaders. The success of the program is dependent on the performance of these key personnel. These lead-people must be able to: Provide leadership and direction to other Local 35 staff while not having administrative disciplinary authority over this staff; Perform frequent informal direct communication with customers and periodic formal communication with customer interaction via "facilities status-meetings".

**Organizational Structure**

The *Custodial Team Leader* is a newly established custodial position with the additional responsibility to lead and direct the custodial staff in an assigned geographic area. The incumbent in this position will divide time between normal custodial work assignments and administrative/leadership responsibilities (up to 50% administrative/leadership). The incumbent will be in routine contact with the area occupants and/or business leaders and be empowered to act on the request of the same. While there will continue to be a management supervisory position, it is envisioned that the supervisor will largely be

Revised: 4/3/2009 3:05 PM

responsible for providing support to the team by providing the tools and training while at the same time removing the impediments to the teams development.

This *Custodial Team Leader* will be paired with a *Facilities Steward* and while the Facilities Steward will largely focus on building stewardship (i.e. maintenance), the Facilities Steward will also partner as a peer with the Custodial Team Leader in all matters relating to the upkeep of the areas assigned (organization chart attached). The custodial team leader and custodians assigned to the same area will administratively report to a common supervisor. However, the *Custodians* will functionally take direction from the team leader on a day to day basis. In the event the Custodial Team Leader is absent from his or her assigned position, the supervisor shall be responsible for all administrative functions of this position.

The new job description for Custodial Team Leader will replace the existing *Senior Custodian* job description in selected buildings/areas. Existing Senior and Light Custodians will be grandfathered in these existing positions but will not be replaced when they vacate these positions. However, in consideration that the Light Custodian position might be needed for employees with temporary physician documented restrictions, light duty will be offered to these individuals using these positions not to exceed one year.

**Implementation Approach**

**Training:**

Training modules will be developed for Custodial Team Leaders candidates to enhance demonstrated aptitude. The training program will consist of three elements with required training modules in each area. The following elements as agreed are:

1. Leadership
   - Coaching

Revised: 4/3/2009 3:05 PM

- Team building – Leadership without direct administrative disciplinary authority.
- Motivation

2. Communication
   - Written Communications (Business Writing)
   - Verbal Communications (Presentation skills, Conducting meetings, Customer communications)

3. Computer skills (Electronic Communications)
   - E-mail
   - Microsoft Word
   - FAMIS (Service Request Management)

This program will be administered through Organizational Development/Human Resources and will require approximately eighty (80) hours of training including demonstrated proficiency.

Initial training (during program *Phase In*) will be offered to selected candidates (see section on *Selection*).

Training is to be completed prior to assignment to lead position. In addition, training will be offered on an ongoing basis to both lead candidates as well as custodial or other Local 35 staff interested in professional development. Completion of training however does not necessarily qualify an employee as a lead. This will remain a joint evaluation between Local 35 and the University.

**Initial Pilot Areas**

In preparation for the deployment of the *Custodial Team Performance and Leadership Program* model to new and existing academic and academic research buildings, the Local

Revised: 4/3/2009 3:05 PM

35 self directed custodial team model with team leader will be piloted beginning on or about September 1, 2009.  Candidates for piloting the program are identified as follows:

- School of Management (SOM)
- One Unit in the Med School - TBD
- Yale Law School
- Yale School of Music
- FES (KROON Hall)
- Saybrook College
- Davenport College
- Pierson College
- Calhoun College
- Yale Divinity School
- Yale West Campus buildings that are occupied by Yale University employees

## Monitoring Program Results

The initial pilot process and the program will be monitored through joint Local 35 and University participation to insure levels of productivity, quality of service and customer satisfaction are consistent with industry leaders.  Productivity will be measured on the basis of the number of labor hours it takes to do the job.  Routine inspections by mutually agreed to third-party inspectors will be used to measure the quality of service.  Client surveys (recommend quarterly) will be conducted to measure customer satisfaction.  This information will be evaluated jointly by the University and Local 35.  Performance levels that meet mutually agreed upon industry benchmarks must be sustainable at this level for the pilot program to be deemed a success.

## Intended Roll Out

Revised: 4/3/2009 3:05 PM

It is intended to initiate the training aspect of this program by 7/1/09. Selected leader candidates will be processed through the training modules and upon successful completion will be assigned to a team.

The pilot program will commence as soon as practical following successful completion of employee training. This will likely occur on or about 9/1/09.

### Additional Buildings

The University agrees to transition currently-outsourced academic or academic research facilities and new academic or academic research facilities (e.g., new SOM and residential colleges) as they come on line to the Local 35 staffed service model based on the success of this new program. Program success will be measured as described above in Monitoring Program Results. Local 35 and the University will each independently and in its own sole and absolute discretion determine when program success has been achieved. When both parties conclude that program success has been achieved, the University will select and transition additional facilities as described above on a mutually agreed upon schedule.

If the University subsequently determines that the program is no longer successful, the transition of additional facilities will be suspended until the program is again determined to be successful by both parties pursuant to the criteria in Monitoring Program Results. If after eighteen (18) months of operations of the new service model the University determines that a particular building transitioned to the Local 35 staffed service model is no longer successful, it may discontinue the Local 35 Staffed Service Model in that location and outsource that building.

The University will maintain some of its facilities, including academic and academic research buildings, through outsourced custodial services (including for purposes of benchmarking). Nothing in this program or agreement abrogates or modifies the University's right to outsource.

Revised: 4/3/2009 3:05 PM

## Employee Selection

The main objective of the selection process is to find the best overall qualified employees with a strong desire and ability for providing outstanding customer service. While desire and ability are essential, additional competences and requirements are necessary to insure success. Candidates for consideration will be chosen based on their interview, employment history, past performance, leadership skills, communication skills (both verbal and written), and electronic communication skills.

For buildings/areas currently serviced by custodial contractors the University has the option to hire the existing custodial staff prior to a posting.

Employees in the Local 35 bargaining unit will be eligible to bid on the new positions but University seniority will not be the sole determining factor in the selection process. Since it is a joint effort to find the overall best qualified employees, external candidates will be considered in the selection process. External candidates in the selection process will be considered subject to the mutual agreement of both Local 35 and management.

The University will solicit input and discuss with the Union its selection of supervisors. Supervisors will participate in training along with the employees.

## Initial Phase in

A selection committee comprised of union and University leadership will interview candidates for the selected positions and make their final recommendation. Selection of personnel is divided between two areas: *Phase In* and *Steady State.*

Revised: 4/3/2009 3:05 PM

*Phase In:*

To phase the program in, selection of the initial candidates will proceed as follows:

1. After the number of Custodial Lead positions is identified (no fewer than six in the first twelve month period) and the positions are posted, a meeting inviting all interested L35 employees will be held. At this meeting, the program and the process for training and selection will be presented. It is anticipated that this informational session will develop a group of interested participants.

2. Interested participants will be interviewed by a team made up of both University and union representatives. This committee will recommend the initial individuals who will be considered for filling the open positions.

3. Selected candidates will then be scheduled for training consistent with the program discussed above. Upon successful completion of the required training candidates will be placed in the positions identified on a trial period or probationary basis (as described under *"Steady State"* below).

*Steady State:*

Once the program is established, ongoing (steady state) selection of Custodial team Leaders will follow a slightly different process. When a position becomes available candidates will be selected as follows:

8

Revised: 4/3/2009 3:05 PM

1. Candidates must have completed the required training prior to being considered for the position. External candidates can demonstrate through past training or job experience that they possess the equivalent to the required prior training.

2. As part of the selection process candidates will also be interviewed jointly by both management and union representation (i.e. hiring supervisor & Union Steward). In addition, candidates will be required to submit a minimum of three professional references.

3. The interview results and references as well as a candidate's work history, performance and observations will be provided to the Selection Committee. This ad hoc committee is made up of a minimum of four (4) members as follows:

   a. One (1) Custodial Supervisor
   b. One (1) Custodial Team Leaders (i.e. peer)
   c. One (1) Facilities or Custodial Manager
   d. One (1) union steward.

Other parties such as end users or HR may be invited to attend meetings.

The committee will review and evaluate the information provided and either select or deny the applicant based on qualifications.

Selected employees during phase in and steady state will be provided an on site orientation and meeting with building customers. All selected employees will be subject to the probationary or trial period for up to 90 calendar days. The probationary or trial period may be extended for up to an additional 60 calendar days as determined by the University.

The selection committee will monitor the job performance for each selected employee and make a recommendation to extend or terminate the probationary or trial period.

Revised: 4/3/2009 3:05 PM

The final decision to extend or fail a probationary employee shall remain the decision of the University.  The final decision to extend or fail a bargaining unit employee on a trial period shall remain the decision of the University. In the event a bargaining unit employee fails the trial period they will exercise their rights under the contract.



Custodial Team Organization

Team Supervisor

Facilities Steward
(Building/Facilities Maintenance)

Custodial Team Leader
(Building/Facilities Custodial Services)

Custodian
Custodian
Custodian
Custodian
Custodian
Custodian

Assigned Area