Custodial Services

Revised 6/9/2009
Custodial Team Leader
LG-10

Duties and Responsibilities

The **Custodial Team Leader** takes ownership in the property, both interior and exterior, and is customer focused, dedicated to providing excellent service to faculty, students, and staff. Takes pride in meeting the ever changing needs of our customers to further the world class standing of Yale. Key to this position is that it provides leadership and motivation to a self directed custodial team in meeting the needs of the customer. This position is not based on seniority. The candidates will be selected by the interview process and successful completion of a training program. A minimum of three (3) business letters of reference must be submitted by the close of the bidding deadline.

1. Directs and leads other employees in providing custodial services to include all cleaning activities, scheduling and assignment of staff, and training activities.

2. Takes initiative and acts independently to insure the needs of the customer are met while working within guidelines established by their supervisor.

3. Provides motivations and direction to custodial team members on a routine basis.

4. Routinely interacts and communicates with customers and facilities operations personnel via E-Mail, verbally, and through the FAMIS Work order Management system to coordinate and complete assigned work. Performs routine inspection of building property to insure that all areas are properly cleaned and well maintained and take action to correct.

5. Partners with *Facilities Steward* in areas assigned.

6. Divides time between leading team as well as performing all custodial cleaning activities in areas to include but not limited to dormitories, offices, laboratories, libraries, lobbies, stairways, window cleaning, exhaust vents, swimming pool areas, steam rooms, rowing tanks, athletic facilities, recycling and trash areas, locker rooms, bathrooms, elevators, equipment and storage rooms, museums and collection spaces.

7. Leads team as well as performs services such as but not limited to closing windows, replacing light bulbs, repair and service of custodial equipment, empting both interior and exterior trash and recycling containers, cleaning and emptying cigarette urns, and moving furniture and equipment. Uses custodial tools and equipment as necessary to perform the work.

8. Leads team as well as performs custodial services for University events such as but not limited to commencement, reunions, school opening and closing. Provides building services such as moving and setting up furniture, assists with events, and secures equipment and materials.

1

9. Leads team as well as performs regular building inspections and triages work to custodians and other facilities operation departments. Communicates directly with the customer service center to initiate work orders. Documents inspections and performs follow up to insure the work has been completed.

10. Leads team as well as responds to emergency custodial issues and coordinates staffing and supplies. Coordinates remediation with other departments and communicates status of work to the customers.

11. Assists other employees in empting exterior trash/recycling containers. Assists custodial staff in maintaining trash and recycling areas and trash containers.

12. Maintains clean work areas and/or cleans job site.

13. Provides custodial services in support of other trades

14. Directs and trains lower labor grade employees.

15. Observes as well as conveys and communicates to the team, safety standards and practices.

16. Performs related duties and guides team as required or assigned within job classification under the direction of the assigned team supervisor for the area.

## Job Requirements

Experience:   Six years experience in custodial service work. General knowledge and experience in property services to include grounds care and building repair services sufficient to effectively assess a situation and dispatch the required services to rectify a problem. In addition must have demonstrated leadership and communication skill.

Education:   High School Diploma or equivalent preferred.
Successfully Completed Yale sponsored Team Leadership training course

Other:   Excellent Customer Service skills
Must hold valid CT driver's license
Experience with computers to include MS software: Word 1 and Excel 1
Must have demonstrated Leadership & Motivational skills
Ability to act independently
Must have good communication skills (Verbal and written)
Must be proficient with E-Mail and FAMIS
Ability to lift 50 pounds, perform repetitive motion & walk up and down stairs

2