To: All Local 35 Employees

Subject: Custodial Team Leader Position Information Sessions

As many of you have already heard, the University and locals 34 and 35 have recently settled contracts. As part of the historic agreement, the University and Local 35, in the spirit of progress and growth have mutually recognized and agreed upon the need for change.

To this end, a new custodial service model has jointly been developed which is referred to as the *Custodial Team Performance and Leader Program*. The program is a new business model for providing custodial services to University buildings that is intended to yield higher levels of customer satisfaction, quality of service and productivity. An important eliminate of the program was the creation of a new local 35 position called the *Custodial Team Leader* which is classified at grade 10. A copy of the agreement and job description is attached.

At this time both the Union and University leadership are working together to begin implementation of this program and we expect to launch the pilot program in early September 2009. Since many of you may be interested in this opportunity, information sessions will be scheduled providing an overview of the program, job requirements, training requirements and schedule, and bidding information. Information session will be held on the following schedule and representatives from the Union and University will be available to answer questions:

| Area    | Date & Time                    | Location |
|---------|--------------------------------|----------|
| YSM     | Tuesday, June 9 @ 8:00am       | TBD      |
| Central | Tuesday, June 9 @ 1:00pm       | TBD      |
| Science | Wednesday, June 10 @ 10:00am   | TBD      |

To:        All Local 35 Employees
Subject:   **IMPORTANT UPDATES TO THE BIDDING PROCESS**

As many of you have already heard, the University and locals 34 and 35 have recently settled contracts. As part of the historic agreement, the University and Local 35, in the spirit of progress and growth have mutually recognized and agreed upon the need for change. Selection will be based on individual qualifications and University seniority will not be the sole determining factor in the selection process.

To this end, a new custodial service model has jointly been developed which is referred to as the *Custodial Team Performance and Leadership Program*. The program is a new business model for providing custodial services to University buildings that is intended to yield higher levels of customer satisfaction, quality of service and productivity.

An important element of the program was the creation of a new local 35 position called the *Custodial Team Leader* which is classified at grade 10. The job was posted on June 17, 2009. Bids are being accepted from June 17, 2009 through 9:00 AM on Monday, June 29th, 2009.

Originally, the deadline for applicant reference letters (you will need to provide a minimum of three letters of recommendation) were also due no later than 9:00 am on Monday, June 29th, but we have extended the date for the letters being received by end of business, on Thursday, July 2, 2009.

### Dates/times to remember:

- **FRIDAY, JUNE 26, 2009:** Human Resources will be moving their offices today. Applicants can either enter their bid on-line (through the STARS system) or can be done manually and deposited in the secured mail slot provided for **Human Resources at 155 Whitney**. We will pick them up at the end of the day.

- **MONDAY, JUNE 29, 2009:** All musts must be received by Human Resources no later than 9:00 am. (NOTE: Human Resources will now be in their new location at 221 Whitney Avenue

- **THURSDAY, JULY 2ND, 2009:** DEADLINE FOR ALL REQUIRED REFERENCE LETTERS. THEY MUST BE RECEIVED BY HUMAN RESOURCES NO LATER THAN END OF BUSINESS ON THURSDAY, JULY 2ND, 2009.