## Custodial Team Leader Education & Development Schedule
### Monday, 7/27/09 – Friday, 8/7/09
*Interactive Lunch & Learn Sessions Required & Start at 12 noon daily in Room 802*

| WEEK 1 | Mon July 27 | Tues July 28 | Wed July 29 | Thur July 30 | Fri July 31 |
|---|---|---|---|---|---|
| **Morning Sessions 9-12** | LOCATION: 802<br>• Introduction and Kickoff (FAC Leadership-30 min.)<br>Speakers: E. Uscinski, B. Proto, B. Alexander<br><br>• What Does Leadership Mean in Cstd. Svs.<br>Instructor: L. Veronneau | LOCATION: FAC IT<br>Outlook (Part 1)<br><br><br><br>Instructor: S. Eskridge | LOCATION: 802<br>What To Say & How To Say It<br><br><br><br>Instructor: C. Jacoby | LOCATION: 802<br>Business Writing (Part 1)<br><br><br><br>Instructor: L. Ress | LOCATION: 802<br>Developing Your Team<br><br><br><br>Instructor: L Veronneau |
| **Interactive 30/30 Lunch 12-1** | LOCATION: 802<br>Today's Topic: Security Is Everyone's Business<br>Speaker: Susan Barbaris<br>Dept: Security | LOCATION: 802<br>Today's Topic: How To Get The Most Out of Work & Life<br>Speaker: Susan Abramson<br>Dept: HR | LOCATION: 802<br>Today's Topic: Understanding the Employee Assistance Center<br>Speaker: Jessica Hammatt<br>Dept: | LOCATION: 802<br>Today's Topic: Transitioning Roles<br>Speakers: Krista MacLellan, Bdan Wingate, Glen Wright<br>Dept: | LOCATION: 802<br>Today's Topic: The Troubled Employee<br>Speaker: Laura Althoff<br>Dept: EAP Program |
| **Afternoon Sessions 1-4** | LOCATION: FAC IT<br>Outlook (Part 2)<br><br><br>Instructor: S. Eskridge | LOCATION: FAC IT<br>Word (Part 1)<br><br><br>Instructor: S. Eskridge | LOCATION: FAC IT<br>Word (Part 2) (application exercise - Class ends at 4:45)<br>Instructor: S. Eskridge | LOCATION: FAC IT<br>What Is FAMIS & FWR<br><br><br>Instructor: E. Reilly | LOCATION: 802<br>• Week 1 Wrap-Up<br>• Debrief<br>• Q & A<br>Speakers: Annino/Uscinski |

| WEEK 2 | Mon Aug 3 | Tues Aug 4 | Wed Aug 5 | Thurs Aug 6 | Fri Aug 7 |
|---|---|---|---|---|---|
| **Morning Session 9-12** | LOCATION: 802<br>• Week 2 Kick-Off (FAC Leadership)<br>Speaker: E. Uscinski<br><br>• Coaching For Team Performance<br>Instructor: L. Veronneau | LOCATION: 802<br>Shifting Perspectives: Looking at Roles & Work Relationships Differently<br><br><br>Instructor: G. Ohanisian | LOCATION: 802<br>Business Writing (Part 2)<br><br><br><br>Instructor: S. Eskridge | LOCATION: FAC IT (RM 802 unavailable)<br>SAFETY TRAINING (Part 1)<br><br><br>Instructor: R. Klein & Support Staff TBD | LOCATION: 802<br>Soft Skills Case Study (application exercise - Class ends at 10:30)<br><br><br>Instructor: TBD |
| **Interactive 30/30 Lunch 12-1** | LOCATION: 802 | LOCATION: 802<br>Today's Topic: PERSPECTIVES on Customer Expectations and Decisions<br>Speakers: George Longyear (FAC/CUST) Vince Iannelli (CUST/FACIL), Eileen Koplinski (CUST/FAC), Ed Mootos (CUST) | LOCATION: 802<br>Today's Topic: Being Green Workplace<br>Speaker: Ed May | LOCATION: 802 | LOCATION: 802<br>LAST DAY IS FREE SESSION NO SPEAKER<br><br>(LUNCH ONLY) |
| | LOCATION: FAC IT | LOCATION: FAC IT | LOCATION: 802 | | |

| | | | | | |
|---|---|---|---|---|---|
| **Afternoon Sessions** | LOCATION: FACTR<br><br>Outlook (Part 2)<br><br>Instructor: S. Eskridge | LOCATION: FACTR<br><br>Word (Part 1)<br><br>Instructor: S. Eskridge | LOCATION: FACTR<br><br>Word (Part 2) (application exercise - Class ends at 4:45)<br><br>Instructor: S. Eskridge | LOCATION: FACTR<br><br>What is FAMIS & FWR<br><br>Instructor: E. Reilly | LOCATION: 802<br><br>♦ Week 1 Wrap-Up<br>♦ Debrief<br>♦ Q & A<br><br>Speakers: Annino/Uscinski |

| WEEK 2 | Mon, Aug 3 | Tues, Aug 4 | Wed, Aug 5 | Thurs, Aug 6 | Fri, Aug 7 |
|---|---|---|---|---|---|
| **Morning Sessions 9-12** | LOCATION: 802<br><br>♦ Week 2 Kick-Off (FAC Leadership)<br>Speaker: E. Uscinski<br><br>♦ Coaching For Team Performance<br><br>Instructor: L. Veronneau | LOCATION: 802<br><br>Shifting Perspectives: Looking at Roles & Work Relationships Differently<br><br>Instructor: G. Ohanisian | LOCATION: 802<br><br>Business Writing (Part 2)<br><br>Instructor: S. Eskridge | LOCATION: FACTR (RM 802 unavailable)<br><br>SAFETY TRAINING (Part 1)<br><br>Instructor: R. Klein & Support Staff TBD | LOCATION: 802<br><br>Soft Skills Case Study (application exercise - Class ends at 10:30)<br><br>Instructor: TBD |
| **Interactive Lunch 12-1** | LOCATION: 802<br><br>[illegible] | LOCATION: 802<br><br>[illegible — Topic: Perspectives on Customer Expectations and Discussion; Speakers: Cook, Montgomery (FAC to CUST), Mary Tumulty (CUST to FAC), Eileen Kopanski (CUST to FAC), Ted Mockus (CUST)] | LOCATION: 802<br><br>[illegible — Today's Topic: Changing Green Workspaces; Speaker: Livoy; Dept. Paid Lunch] | LOCATION: 802<br><br>[illegible] | LOCATION: 802<br><br>LAST DAY IS FREE SESSION NO SPEAKER (LUNCH ONLY) |
| **Afternoon Sessions 1-4** | LOCATION: FACTR<br><br>Excel (Part 1)<br><br>Instructor: S. Eskridge | LOCATION: FACTR<br><br>Excel (Part 2) (Application exercise - Class ends at 4:45)<br><br>Instructor: S. Eskridge | LOCATION: 802<br><br>Presentation Skills<br><br>Instructor: L. Veronneau | LOCATION: FACTR (802 unavailable in PM)<br><br>SAFETY TRAINING (Part 2)<br><br>Instructor: R. Klein & Support Staff TBD | LOCATION: 802<br><br>♦ Program Wrap-Up: Leadership Presents<br>♦ Week 2 Debrief<br>♦ Q and A<br><br>Speakers: Annino, Buckingham, Young, Wilson, Wingate |

LAST REVISED: 070109 3:15 PM/ E. REILLY