---------- Forwarded message ----------
From: **Tavella, Kara** <kara.tavella@yale.edu>
Date: Thu, Sep 29, 2011 at 7:41 PM
Subject: Curtis Reddick
To: "Wingate, Brian" <brian.wingate@yale.edu>, Meg Riccio <riccio@yaleunions.org>


The Curtis Reddick situation was recently brought to my attention and I was asked to reconstruct the Custodial Team Leader Training timeline. I wanted to share this information with both of you:

Curtis applied for the 1st round of CTL selections in **June 2009**. We posted 6 positions. He went through the interview process and participated in the two week training program. He did not make the final cut as we only selected 6 however, I do think he did fairly well in this process.

When we expanded the program there was a mandatory **three day workshop (March 17th, 18th and 19th 2010)** for the applicants who went through the 2009 training. I remember that Curtis was attended only a ½ day of training. His time card also reflects that he was out the rest of the week. Those who did attend and completed the 3 days were selected as Custodial Team Leaders. (Only Curtis and Dorothy Jackson did not attend and therefore were not selected from the original group of 17 who applied in June 2009).

Curtis also had the opportunity to reapply to the program when we ran another interview process for the two week CTL training program in **Sept of 2010**. Curtis was interviewed on Sept 16th 2010. He did not move on to the training session as he ranked low during the interview process.


I hope this helps.


12/27/13                                              Gmail - Fwd: Curtis Reddick

*Kara Tavella*

*Yale University*

*Office of Facilities*

*(203)432-6815*

*(203) 410-3668 cell*


--
Meg Riccio
Chief Steward
Local 35
425 College St.
New Haven, CT 06511
203-865-3259 ext: 204