# Yale University

Office of the Vice President
and General Counsel
PO Box 208255
New Haven CT 06520-8255

Campus address:
Whitney Grove Square
2 Whitney Avenue, 6th Floor
New Haven CT 06510
Telephone: 203 432-4949
Fax: 203 432-7960

January 4, 2010

Eugene N. Axelrod, Esq.
Axelrod and Associates
8 Lunar Drive
Woodbridge, CT  06525

Re:  Curtis Reddick

Dear Mr. Axelrod:

I write in response to your letter regarding Curtis Reddick.

Contrary to your assertions, Mr. Reddick has not suffered discrimination, harassment or retaliation. He has been granted each of the two leaves under the FMLA that he has requested and for which he has presented appropriate documentation. At times, he asserted rights under the FMLA when he was not on a medical leave. He had a one month leave in February 2009 and only recently completed a request for an intermittent leave. Moreover, he has never requested any accommodation under the ADA.

As you requested, I am enclosing a copy of Mr. Reddick's personnel file, including all materials related to his leave. Also enclosed is a copy of the contract between Local 35, the complainant's union, and the University, and a copy of the University's Affirmative Action and Equal Opportunity Policies and Grievance Procedures.

Sincerely,

Caroline G. Hendel
Associate General Counsel

CGH:dfg
Enclosures