# Yale University *Office of Facilities*

**Facilities Operations**
New Haven, Connecticut 06520-8297

January 19, 2010

To: Mr. Curtis Reddick, Sr. Custodian Law School

Dear Mr. Curtis:

On Thursday January 7, 2010 you asked for permission to leave your assigned work area to attend a union meeting. You were told by me not to leave your assigned area. I told you that the reason you could not leave was because there was already one employee absent from your crew of two that day. Your leaving would have left the area without coverage. You informed me that you were going to the meeting anyway. I told you again not to go and that if you left you would be disciplined. You left your area at 9:06AM.

This was a clear act of insubordination. I am issuing this written reprimand as a disciplinary action for this conduct. Continued acts of insubordination will result in further disciplinary action which may be suspension or discharge.

A free, confidential and voluntary counseling service is provided for employees and their household family members with ANY type of problem, work related or not. Feel free to call the Wellness Center 24/7 at 1-800-232-6092.

*Marilena Stephens*
Marilena Stephens, Superintendent
Facility Operations

Copies:
K. Valera
M. Riccio
M. McGraw
R. Young
C. Hendel