

# FW: *****CTL TRAINING REMINDER & REVISED AGENDA ATTACHED

**Annino, Louis** <louis.annino@yale.edu>   Mon, Mar 15, 2010 at 12:50 PM
To: "Amento, Carmine" <carmine.amento@yale.edu>, "Young, Robert" <robert.young@yale.edu>, "Buckingham, Vibha" <vibha.buckingham@yale.edu>, "Percival, Steven" <steven.percival@yale.edu>
Cc: "Wingate, Brian" <brian.wingate@yale.edu>, "riccio@yaleunions.org" <riccio@yaleunions.org>

All,

Please make certain that all participants are aware of the training and that appropriate coverage has been arranged. I have received mixed messages about whether all are aware. At this point I believe they have but please be certain.

Thanks

Lou

---

**From:** Reilly, Erika
**Sent:** Friday, March 12, 2010 5:53 PM
**To:** Reilly, Erika
**Subject:** *****CTL TRAINING REMINDER & REVISED AGENDA ATTACHED
**Importance:** High

Hi Folks,

I have attached a revised version of your training schedule with a few minor changes that I highlighted in red to this email. Please open it up an take a look. We made a couple of minor but notable changes:

- We had to swap dates for the Excel module with the Outlook/Word module

- Additionally, the Word/Outlook module training has **been moved to the Learning Center, located at 221 Whitney Avenue, in Training Rooms 2 & 3.** (This may be the day to wear comfortable shoes, especially if you opt to walk to 221 Whitney! (Excel, however, will still be trained at the 2WGS Training Room).

- On the morning you are at the Learning Center for Word/Outlook, we have extended your lunch hour that day by an extra 15 minutes to give you travel time back to 2WGS and not cut into your lunch time.

Since there have been no cancellations from any of you folks or your managers, it looks like all 17 of you will be participating on all 3 days, which is fantastic! Linda and I am looking forward to seeing you all this Wednesday!

Best,

Erika

# Erika



**Erika R. Reilly**
Manager, Project Administration & Training
Facilities Business Office - Yale University
P.O. Box 208297
New Haven, CT 06520-8297
Tel. (203) 436-2634
Cell (203) 627-9180

erika.reilly@yale.edu

---

**From:** Reilly, Erika
**Sent:** Thursday, March 04, 2010 1:49 PM
**To:** Reilly, Erika
**Subject:** ****You have been registered for CTL Refresher Training March 17, 18 and 19, 2010
**Importance:** High

    **To:** Custodial Team Leaders and the Custodial Team Leader Pool Members: Carr, James; Ferriola, Jacqueline; Franklin, Belinda; Henderson, Gary; Jackson, Dorothy; Lee, Daniel; Moore, James; Nicolaou, Tassoula; Proto, Robert; Ravis, Danielle; Reddick, Curtis; Ricks, Vondeen; Rogers, Thomas; Stancil, Keith; Sutton, Gregory; Taylor, Reggie; Watson, Winsome

**From:** Erika Reilly, Manager, Project Administration & Training - Facilities Business Office

    **Cc::** Draughn, Jennifer; Sheppard, Georgetta; MacLellan, Kirsta; Draughn, Jennifer; Coleman, Geneva; Madera, Michael; Mason-Stancil, Vanessa; Smoakes, Diane;

Radigan, Mary; Stephens, Marilena; Watson, Roger; Catalano, Paul; Stephens, Marilena; McGraw, Marquis; Lytle-Martin, Beatrice; Draughn, Jennifer; Amento, Carmine; Young, Robert; Buckingham, Vibha; Percival, Steven; Annino, Louis; Uscinski, Eric; Tavella, Kara; Alves, Julia; Vendola, Susan; Valera, Kathleen; Veronneau, Linda; Wingate, Brian, Dunn, Sean; Sessions, Robert; Eskridge, Samuel

# Greetings, Trainees!

Last summer, you all participated in our first **Custodial Team Leader Education and Development Program** facilitated by myself and Linda Veronneau from the Learning Center. We are pleased to inform you that you have been invited and registered to participate in our newest workshop: **Spring 2010 Custodial Team Leader Refresher Workshop, scheduled for March 17, 18 and 19, 2010.** All sessions will once again be conducted at **2WGS**, either in Conference Room 802 (on the 8th floor) or in the Facilities Training Room (located on the 2nd floor). The theme of this workshop is "Lessons Learned". Through the sharing of ideas and experiences, using role play and group discussion, we will be working on team building, problem-solving and communication. We will provide you with refreshers in Word, Excel and Outlook as well as give you all a look at our newly designed Facilties Home Page and FAMIS Web Request web sites. The attached training agenda details the location, time and content information of each session. Your daily lunch hour is open, free time for you to use as you wish. (NOTE: We will not provide food during this workshop. Participants are welcome to "brown bag" any snacks and/or lunch from home or you can use the lunch hour to visit one of the many, local deli's and restaurants in the area).

In preparation for the workshop, below are five "Food for Thought" questions for the current CTL staff and CTL Pool Members. The purpose of reading through the questions is to get you starting to think about your work experiences since we last gathered for training as a group, last summer. If you decide to jot down a few notes....even better! Please be sure to bring any notes you do decide to make to our first day of class!

### Questions For the Current CTL Staff:

1. What has been your most rewarding experience as a CTL thus far? Why? What did you learned from that experience?
2. What has been your most challenging experience as a CTL thus far? Why? What did you learn from that experience?
3. What do you need to do differently as a result of these opportunities and challenges?
4. What skills do you need in order to be more effective?
5. What support do you need and from whom?

### Questions For the Members of the CTL Pool:

1. Have you worked with a CTL on your team? If yes, what has been the best advantage of having this kind of support? If no, what do you feel is missing NOT having a CTL in place?
2. What has been your most challenging experience in your job since we last met for training? Why? What did you learn from that experience?
3. What do you need to do differently as a result of these opportunities and challenges?
4. What skills do you need in order to be more effective?
5. What support do you need and from whom?

Linda, I and all of our program facilitators look forward to seeing you on March 17, 18 and 19. Attendance to this training is mandatory. If you have any scheduling issues during these three days, be sure to work them out through your immediate supervisor. Please don't hesitate to contact Linda or myself if you have any questions or concerns before then.

$\mathcal{B}_{est}\,\mathcal{W}_{ishes,}$

## Erika



**Erika R. Reilly**
Manager, Project Administration & Training
Facilities Business Office - Yale University
P.O. Box 208297
New Haven, CT 06520-8297
Tel. (203) 436-2634
Cell (203) 627-9180

erika.reilly@yale.edu

align=baseline>*Consider the environment...unless this is a twenty dollar bill, it probably isn't worth printing.*

**REV 0REV031210-PARTICIPANT COPY- CTL Program MARCH 2010.doc**
92K

# Custodial Team Performance & Leadership Program
## Survey Questions

1. Do you know your Facilities Superintendent aka Custodial Supervisor by name?

    Yes    No

2. Do you know any of the custodians that work in your building/area?

    Yes    No

3. How would you rate the <u>communication</u> you have with the custodial team?

4. How satisfied are you with the <u>sense of urgency</u> displayed by the custodial team?

5. How would rate the overall <u>quality of the cleaning</u> provided by the custodial team?

6. How satisfied are you with the <u>current level of services</u> provided by the custodial team? Explain?

7. Please tell us what, if anything, can be done to improve the custodial services in your building/area?