Case 3:13-cv-01140-WWE  Document 69-21  Filed 03/16/15  Page 1 of 7

# View req: 10608BR : Custodial Team Leader



? Help

| Req detail | Req history |

**Req template:** Local 35 Facilities Req

**Req details Custodial Team Leader**                                **Req status Closed**

| | |
|---|---|
| **Job Code** | 898 Custodial Team Leader (10) |
| **University Generic Title** | Custodial Team Leader |
| **Position General Purpose/Overview of Responsibilities:** | The Custodial Team Leader takes ownership in the property, both interior and exterior, and is customer focused, dedicated to providing excellent service to faculty, students, and staff. Takes pride in meeting the ever changing needs of our customers to further the world class standing of Yale. Key to this position is that it provides leadership and motivation to a self directed custodial team in meeting the needs of the customer.<br><br>Candidates will be selected by an interview process and successful completion of a training program. If selected for the training program the candidate must be available for the dates of October 4th to October 15, 2010. A minimum of three (3) business letters of reference must be submitted by the close of the bidding deadline. |
| **Department** | Cust Svs |
| **STARS Requisition number** | 10608BR |
| **Recruiter** | Brooks, Teretha(teretha.brooks) |
| **Supervisor** | Tavella, Kara(kara.tavella) |
| **Location/Division** | Office Of Facilities |
| **No. of Identical Positions to be Posted** | 1 |
| **Positions Remaining** | 0 |
| **FLSA Status** | Non-Exempt |

**Position Requirements (Local 35 Facilities Req) - The following fields will appear on the job posting.**

| | |
|---|---|
| **Essential Duties** | 1. Direct and lead other employees in providing custodial services to include all cleaning activities, scheduling and assignment of staff, and training activities.<br>2. Take initiative and act independently to insure the needs of the customer are met while working within guidelines established by their supervisor.<br>3. Provide motivation and direction to custodial team members on a routine basis.<br>4. Routinely interact and communicate with customers |

and facilities operations personnel via E-Mail, verbally, and through the FAMIS Work order Management system to coordinate and complete assigned work. Perform routine inspection of building property to insure that all areas are properly cleaned and well maintained and take action to correct.
5. Partner with Facilities Steward in areas assigned.
6. Divide time between leading team as well as performing all custodial cleaning activities in areas to include but not limited to dormitories, offices, laboratories, libraries, lobbies, stairways, window cleaning, exhaust vents, swimming pool areas, steam rooms, rowing tanks, athletic facilities, recycling and trash areas, locker rooms, bathrooms, elevators, equipment and storage rooms, museums and collection spaces.
7. Lead team as well as perform services such as but not limited to closing windows, service of custodial equipment, emptying both interior and exterior trash and recycling containers, cleaning and emptying cigarette urns, and moving furniture and equipment. Use custodial tools and equipment as necessary to perform the work.
8. Lead team as well as perform custodial services for University events such as but not limited to commencement, reunions, school opening and closing. Provide building services such as moving and setting up furniture, assist with events, and secure equipment and materials.
9. Lead team as well as perform regular building inspections and triages work to custodians and other facilities operation departments. Communicate directly with the customer service center to initiate work orders. Document inspections and perform follow up to insure the work has been completed.
10. Lead team as well as respond to emergency custodial issues and coordinate staffing and supplies. Coordinate remediation with other departments and communicate status of work to the customers.
11. Assist other employees in emptying exterior trash/recycling containers. Assist custodial staff in maintaining trash and recycling areas and trash containers.
12. Maintain clean work areas and/or clean job site.
13. Provide custodial services in support of other trades
14. Direct and train lower labor grade employees.
15. Observes as well as convey and communicate to the team, safety standards and practices.
16. Perform related duties and guides team as required or assigned within job classification under the direction of the assigned team supervisor for the area.

**Education and Experience**  1. Six years experience in custodial service work. General knowledge of facilities to effectively assess a situation and dispatch the required services to rectify a problem in grounds or building repairs. In addition must have demonstrated leadership and communication skill.

**Additional Education and Experience**
1. High School Diploma or equivalent preferred.

View req: 10608BR : Custodial Team Leader                                      Page 3 of 7

|  |  |
|---|---|
|  | 2. Successfully Completed Yale sponsored Team Leadership training course. |
| **Skills & Abilities** | 1. Excellent Customer Service skills.<br>2. Experience with computers to include MS software: Word 1 and Excel.<br>3. Must have demonstrated Leadership & Motivational skills.<br>4. Ability to act independently.<br>5. Must have good communication skills (Verbal and written).<br>6. After training: Must be proficient with Outlook and FAMIS. |

**For Standard Work Schedules, complete Type of Employment and Work Week fields only. For Flexible or Nonstandard schedules, complete Type of Employment, Work Week, Work Days (Other than Standard), and Work Hours (Other than Standard) fields.**

| | |
|---|---|
| **Type of Employment** | Full Time |
| **If Part-Time, total # of hours to be worked** | |
| **Work Week** | Non Standard Work Week |
| **Work Days (Other than Standard)** | |
| **Work Hours (Other than Standard)** | Will vary by location; TBD<br>AM and PM and Weekend schedules |
| **Full Time Equivalent** | 40.0 hours (Local 35 or requires HR approval) |
| **Weekend Hours Required?** | N/A |
| **Evening Hours Required?** | N/A |
| **Is this position eligible for shift differential or trade premium?** | No |
| **If shift/premium differential applies, what is the value?** | TBD based on schedule |
| **If shift/premium differential applies, what is the percentage?** | |
| **If shift/premium differential applies, include in base hourly rate?** | N/A |

**Additional Position Information:**

| | |
|---|---|
| **Budget Type** | Budgeted Addition |
| **If Replacement Position, Incumbent Name (Last Name, First Name)** | |
| **Incumbent Job Title** | |
| **Incumbent Job Grade** | |
| **Job Category** | Service & Maintenance |
| **Bargaining Unit** | L35 |
| **Salary Grade** | 10 |
| **Searchable Job Family** | Custodial Services |

View req: 10608BR : Custodial Team Leader                               Page 4 of 7

|  |  |
|---|---|
| Reporting Job Family | Custodial Services |
| Work Location | Central Campus |
| Worksite Address | TBD |
| Worksite Phone Number | TBD |
| Is this a rounds position? | N/A |
| If yes, where? | |
| University Mail Code | 520-Custodial Services |
| Home Organization Number | FACCS Central Budget Account 922019 |

**Additional Position Requirements:**

| | |
|---|---|
| Physical Requirements/Licenses/Certifications | 1. Ability to lift 50 pounds, perform repetitive motion & walk up and down stairs.<br>2. Preferred: Valid driver's license. |

**Please select the tests required for this position**

| | |
|---|---|
| Background Check Eligiblity | External and Internal |
| Background Check Requirements | All external candidates for employment will be subject to pre-employment background screening for this position, which may include motor vehicle and credit checks based on the position description and job requirements. Internal candidates may be subject to a motor vehicle or credit check for this position based on the position description and job requirements. All offers are contingent on successful completion of the required background check. Please visit www.yale.edu/hronline/careers/screening/faqs.html for additional information on the background check requirements and process. |

*Note: If this position requires a credit or MVR check please select the appropriate package below. If credit and MVR are not required, please select the Standard package.

| | |
|---|---|
| Background Check Package | |
| Drug Screen | No |
| Health Screening | No |
| Test Details | |

**Labor Schedule Information:**

| | |
|---|---|
| Initial Labor Schedule | HR Transaction Center to enter according to PTAEO(s) provided below |

**PTAEO #1**

| | |
|---|---|
| Project 1 | 1022887 |
| Task 1 | 00 |
| Expenditure 1 | 721000 |
| Award 1 | 0001DC |
| Org 1 | 922019 |
| Percentage 1 (###.###) | 100 |

View req: 10608BR : Custodial Team Leader                              Page 5 of 7

**PTAEO #2**
                                  Project 2
                                  Task 2
                                  Award 2
                                  Expenditure 2
                                  Org 2

**PTAEO #3**
                                  Project 3
                                  Percentage 2 (###.###)
                                  Task 3
                                  Award 3
                                  Expenditure 3
                                  Org 3
                                  Percentage 3 (###.###)

**PTAEO #4**
                                  Project 4
                                  Task 4
                                  Award 4
                                  Org 4
                                  Expenditure 4
                                  Percentage 4 (###.###)

**Business Office Information:**

| | |
|---|---|
| **Business Manager** Click here to request a name be added to the list | Kara(kara.tavella) Tavella |
| **Primary Departmental Requisition Contact** Click here to request a name be added to the list | Kara(kara.tavella) Tavella |
| **Primary Departmental Contact Phone Number** | 2-6815 |
| **Name of Preparer** | Julia Alves |

**Advertising**

| | |
|---|---|
| **Will this position be advertised?** | N/A |
| **Where was the advertisement actually placed?** | |
| **What was the final, actual advertising cost?** | |
| **If advertised in more than one location, enter the total cost breakdown here:** | |
| **Last Day Bids Accepted** | |

View req: 10608BR : Custodial Team Leader                Page 6 of 7

|  |  |
|---|---|
| Original Posting Date | 21-JUL-2010 |
| External Gateway Posting Date: | |
| Yale Posting Status | CLOSED TO FURTHER APPLICATIONS |
| Yale Posting Status Updated | 23-AUG-2010 |
| If position cancelled, state reason: | |
| If Cancel & Repost, enter reposted req # here: | |
| Candidate Development Specialist (CDS) Assigned | |
| CDS Assigned Date | |
| Approved By | |
| Verified Date | |
| HRG Comments | |
| Recruiter Comments | |

ADDITIONAL INSTRUCTIONS FOR COMPLETING THE REQUISITION:

Req Team: Leave those names that autopopulate and add those who have a business need to see the activity and candidates associated with this requisition.

Turn Off Autofiler Notification: Please verify that this box is checked.

Approval Routing: Based on your department's business rules, enter only those individuals who need to approve the posting of this requisition. Bypass those approval levels that are not applicable.

Approvals will route sequentially; therefore, if one individual is an approver at multiple levels, enter only the highest level and bypass the others to avoid multiple requests for approval to the same person.

Notify Upon Approval: Verify that HR, Recruiter Staffing is selected.

| Req team | Name | Dept. | Job title | Phone | Fax |
|---|---|---|---|---|---|
| | Lynch, April (april.lynch) | HRSTAF Staffing Org 97410 | Personnel Assistant | 203-432-1121 | |
| | Tavella, Kara (kara.tavella) | FACBO Business Office 971 | Associate Director 3 | 203-432-6815 | |
| | Reilly, Erika (erika.reilly) | UGDIV Fringe Benefits 960 | Manager 2 | 203-436-2634 | |
| | Brooks, Teretha (teretha.brooks) | HRSTAF Staffing Org 97410 | Coordinator 3 | 203-432-2092 | |
| | Vendola, Susan (susan.vendola) | MFDO Finance & Administra | Technical Assistant 4 | 203-785-7419 | |
| | HR, Client Support | | | | |
| | HR, Recruiter | | | 432- | |

View req: 10608BR : Custodial Team Leader                    Page 7 of 7

| | | | |
|---|---|---|---|
| | Staffing | Staffing | 5700 |
| Valera, Kathleen (kathleen.valera) | HRER Employee Relations 9 | Human Resources Representative 2 | 203-436-4636 |
| Dantone, Carrie (carrie.dantone) | HRSTAF Staffing Org 97410 | Senior Administrative Assistant | 203-436-3900 |
| Lovig, John (john.lovig) | HRSTAF Staffing Org 97410 | Senior Administrative Assistant | 203-436-5150 |

**Approval Routing**

| Approval routing | Job title | User | Date |
|---|---|---|---|
| | Hiring Manager | Tavella, Kara (kara.tavella) | 20-Jul-2010 |
| | Org Unit Business Manager | Annino, Louis (louis.annino) | 20-Jul-2010 |
| | Department Business Manager/Head | Varga, Mary | 21-Jul-2010 |
| | Associate University Librarian | Bypass | 20-Jul-2010 |
| | Comp and Class | Bypass | 20-Jul-2010 |