

Meg Riccio <riccio@yaleunions.org>

## starts tomorrow 9/8/ CTL INTERVIEWS
1 message

**Reilly, Erika <erika.reilly@yale.edu>**                                Tue, Sep 7, 2010 at 3:08 PM
To: "Tavella, Kara" <kara.tavella@yale.edu>, "Percival, Steven" <steven.percival@yale.edu>, "Young, Robert" <robert.young@yale.edu>, "Wingate, Brian" <brian.wingate@yale.edu>, "margaret.riccio@yale.edu" <margaret.riccio@yale.edu>, "Pfannenbecker, Nobile" <nobile.pfannenbecker@yale.edu>, "Hall, Mary" <mary.hall@yale.edu>
Cc: Meg Riccio <riccio@yaleunions.org>

When: Wednesday, September 08, 2010 8:30 AM-4:30 PM (GMT-05:00) Eastern Time (US & Canada).
Where: 2WGS - 2ND FLOOR ROOM 256

Note: The GMT offset above does not reflect daylight saving time adjustments.

\*~\*~\*~\*~\*~ \*~\*~\*~\*~\*

PLEASE BE AT 2WGS ROOM 256 NO LATER THAN 830 AM FOR SET UP FOR THE DAY

| 7 Interview Dates<br>• From 9/8 -9/16 | Interview Time Slots<br>• Scheduled hourly<br>• 45 min.(max) for interview with last 15 min. for team summary exercise to rate Candidate | | Candidate Names<br>• Interview order based on Candidate's availability to come in and interview<br>• (#) Is the number that the candidate is listed on the spreadsheet and in the book) |
|---|---|---|---|
| DAY 1<br>WED: 8-Sep-2010<br>Candidates<br>1-5 | 9:00 - 10:00<br>10:00 - 11:00<br>11:00 - 12:00<br>12:00 - 1:30<br>1:30 - 2:30<br>2:30 - 3:30 | Candidate #1<br>Candidate #2<br>Candidate #3<br>(BREAK)<br>Candidate #4<br>Candidate #5 | 1st. Bruce Jones (#4)<br>2nd. Christopher Lewis (#7)<br>3rd. Ernest Richardson (#12)<br>BREAK<br>4th. Andrew Mastriano (#2)<br>5th. Larry Daniels (#21) |
| DAY 2<br>THURS: 9-Sep-2010<br>Candidates<br>6-10 | 9:00 - 10:00<br>10:00 - 11:00<br>11:00 - 12:00<br>12:00 - 1:30<br>1:30 - 2:30<br>2:30 - 3:30 | Candidate #6<br>Candidate #7<br>Candidate #8<br>(BREAK)<br>Candidate #9<br>Candidate #10 | 6th. Michael Silverstrini (#25)<br>7th. Pasquale Simeon (#27)<br>8th. Jane Oliveras (#17)<br>BREAK<br>9th. Phyllis Ostuno (#28)<br>10th. Roy Tyson (#30) |
| DAY 3<br>FRI: 10-Sep-2010<br>Candidates<br>11-15 | 9:00 - 10:00<br>10:00 - 11:00<br>11:00 - 12:00<br>12:00 - 1:30<br>1:30 - 2:30<br>2:30 - 3:30 | Candidate #11<br>Candidate #12<br>Candidate #13<br>(BREAK)<br>Candidate #14<br>Candidate #15 | 11th. Sammy Rodriquez (#31)<br>12th. Jimmy Coppola (#16)<br>13th. Carolyn Mutts (#6)<br>BREAK<br>14th. Carlton Phillips (#5)<br>15th. Claudice Campbell-Callens (#8) |
| DAY 4<br>MON: 13-Sep-2010<br>Candidates | 9:00 - 10:00<br>10:00 - 11:00<br>11:00 - 12:00<br>12:00 - 1:30 | Candidate #16<br>Candidate #17<br>Candidate #18<br>(BREAK) | 16th. Denny Jones (#11)<br>17th. Deborah DeFelice (#10)<br>18th. Andrew Martino (#1)<br>BREAK |

| | | | |
|---|---|---|---|
| 16-20 | 1:30 - 2:30<br>2:30 - 3:30 | Candidate #19<br>Candidate #20 | 19th. Kathlyn Garcia (#20)<br>20th. Roger Bacote (#27) |
| DAY 5<br>TUES: 14-Sep-2010<br>Candidates<br>21-25 | 9:00 - 10:00<br>10:00 - 11:00<br>11:00 - 12:00<br>12:00 - 1:30<br>1:30 - 2:30<br>2:30 - 3:30 | Candidate #21<br>Candidate #22<br>Candidate #23<br>(BREAK)<br>Candidate #24<br>Candidate #25 | 21st. Nadine Moore (#26)<br>22nd. Michael Novella (#22)<br>23rd. Lee Mack (#22)<br>BREAK<br>24th. Margaret Nelson (#23)<br>25th. Sherry Stanley (#33) |
| DAY 6<br>WED: 15-Sept-2010<br>Candidates<br>26-30 | 9:00 - 10:00<br>10:00 - 11:00<br>11:00 - 12:00<br>12:00 - 1:30<br>1:30 - 2:30<br>2:30 - 3:30 | Candidate #26<br>Candidate #27<br>Candidate #28<br>(BREAK)<br>Candidate #29<br>Candidate #30 | 26th. Georgette Alston (#14)<br>27th. Joshua Spearman (#19)<br>28th. James Bradley (#15)<br>BREAK<br>29th. Sansaricq Mathieu (#32)<br>30th. Tywan Garner (#34) |
| DAY 7<br>THURS: 16-Sept-2010<br>Candidates<br>30-35 | 9:00 - 10:00<br>10:00 - 11:00<br>11:00 - 12:00<br>12:00 - 1:30<br>1:30 - 2:30<br>2:30 - 3:30 | Candidate #31<br>Candidate #32<br>Candidate #33<br>(BREAK)<br>Candidate #34<br>Candidate #35 | 31st. George Keen (#13)<br>32nd. Jerome Sonia (#18)<br>33rd. Bridget McKnight (#3)<br>BREAK<br>34th. Curtis Reddick (#9)<br>35th. OPEN SLOT |

REV 090210- APPOINTMENT SUMMARY FOR SEPT 2010 CTL INTERVIEW DATES.docx
23K