# Yale University

Office of Facilities
Business Office
P.O. Box 208297
New Haven, Connecticut 06520-8297

Campus address:
2 Whitney Avenue
Second Floor

September 27, 2010

Curtis Reddick
31 Victoria Court
Hamden, CT  06514

Dear Curtis:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better. Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services

# Yale University

Office of Facilities
Business Office
P.O. Box 208297
New Haven, Connecticut 06520-8297

Campus address:
2 Whitney Avenue
Second Floor

September 27, 2010

Christopher Lewis, Sr.
525 East Street
New Haven, CT  06511

Dear Christopher:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better. Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services

# Yale University

Office of Facilities
Business Office
P.O. Box 208297
New Haven, Connecticut 06520-8297

Campus address:
2 Whitney Avenue
Second Floor

September 27, 2010

Bridgett McKnight
610 George Street
Apartment #9
New Haven, CT  06511

Dear Bridgett:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better.  Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services

# Yale University

Office of Facilities
Business Office
P.O. Box 208297
New Haven, Connecticut 06520-8297

Campus address:
2 Whitney Avenue
Second Floor

September 27, 2010

Bruce Jones
89 Noble Street
West Haven, CT  06516

Dear Bruce:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better. Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services

# Yale University

Office of Facilities
Business Office
P.O. Box 208297
New Haven, Connecticut 06520-8297

Campus address:
2 Whitney Avenue
Second Floor

September 27, 2010

Larry Daniels
121 Plymouth Street
New Haven, CT  06519

Dear Larry:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better.  Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services

# Yale University

Office of Facilities
Business Office
P.O. Box 208297
New Haven, Connecticut 06520-8297

Campus address:
2 Whitney Avenue
Second Floor

September 27, 2010

Phyllis Ostuno
60 Terrace Gardens
Wallingford, CT 06492

Dear Phyllis:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better. Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services

# Yale University

Office of Facilities
Business Office
P.O. Box 208297
New Haven, Connecticut 06520-8297

Campus address:
2 Whitney Avenue
Second Floor

September 27, 2010

Roy Tyson
114 Ford Street
Milford, CT 06461

Dear Roy:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better. Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services

# Yale University

Office of Facilities
Business Office
P.O. Box 208297
New Haven, Connecticut 06520-8297

Campus address:
2 Whitney Avenue
Second Floor

September 27, 2010

Lee Mack
7A DeDiego Court
New Haven, CT 06519

Dear Lee:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better. Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services

# Yale University

*Office of Facilities*
*Business Office*
*P.O. Box 208297*
*New Haven, Connecticut 06520-8297*

*Campus address:*
*2 Whitney Avenue*
*Second Floor*

September 27, 2010

Mathieu Sansaricq
69 Stanley Street
New Haven, CT  06511

Dear Mathieu:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better.  Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services

# Yale University

Office of Facilities
Business Office
P.O. Box 208297
New Haven, Connecticut 06520-8297

Campus address:
2 Whitney Avenue
Second Floor

September 27, 2010

Claudice Campbell-Callens
34 Blue Cliff Terrace
Apartment 276
New Haven, CT  06513

Dear Claudice:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better.  Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services

# Yale University

Office of Facilities
Business Office
P.O. Box 208297
New Haven, Connecticut 06520-8297

Campus address:
2 Whitney Avenue
Second Floor

September 27, 2010

Jane Oliveras
65 Gorham Avenue
Hamden, CT  06514

Dear Jane:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better.  Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services

# Yale University

Office of Facilities
Business Office
P.O. Box 208297
New Haven, Connecticut 06520-8297

Campus address:
2 Whitney Avenue
Second Floor

September 27, 2010

Georgette Alston
90 Gerrish Ave. #25
East Haven, CT  06512

Dear Georgette:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better. Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services

# Yale University

Office of Facilities
Business Office
P.O. Box 208297
New Haven, Connecticut 06520-8297

Campus address:
2 Whitney Avenue
Second Floor

September 27, 2010

Margaret Nelson
454 Edgewood Avenue
2nd Floor
New Haven, CT  06511

Dear Margaret:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better.  Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services

# Yale University

Office of Facilities
Business Office
P.O. Box 208297
New Haven, Connecticut 06520-8297

Campus address:
2 Whitney Avenue
Second Floor

September 27, 2010

Michael Novella
29 Laura Lane
New Haven, CT  06512

Dear Michael:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better.  Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services

# Yale University

Office of Facilities
Business Office
P.O. Box 208297
New Haven, Connecticut 06520-8297

Campus address:
2 Whitney Avenue
Second Floor

September 27, 2010

Andrew Martino
9 Tyrol Lane
West Haven, CT  06516

Dear Andrew:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better. Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services

# Yale University

Office of Facilities
Business Office
P.O. Box 208297
New Haven, Connecticut 06520-8297

Campus address:
2 Whitney Avenue
Second Floor

September 27, 2010

Jimmy Coppola
4 Wildwood Drive
East Haven, CT  06512

Dear Jimmy:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better. Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services

# Yale University

Office of Facilities  
Business Office  
P.O. Box 208297  
New Haven, Connecticut 06520-8297

Campus address:  
2 Whitney Avenue  
Second Floor

September 27, 2010

George Keen  
43 Gilbert Ave. # 1  
New Haven, CT  06511

Dear George:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better. Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services

# Yale University

Office of Facilities
Business Office
P.O. Box 208297
New Haven, Connecticut 06520-8297

Campus address:
2 Whitney Avenue
Second Floor

September 27, 2010

James Bradley
30 Rosewood Avenue
New Haven, CT  06513

Dear James:

Thank you for your interest in pursuing the Custodial Team Leader position in the Office of Facilities. Just being selected from the large group of applicants to interview was quite an accomplishment. Unfortunately, you were not chosen for the training program. The selection of candidates was based on a combination of the overall interview process and the reference letters provided. We are hopeful that there will be other opportunities for you at the University.

It was our absolute pleasure to have had the opportunity to meet with you and to get to know you better. Thank you for applying to this program.

Sincerely,

Bob Young, Director, Central Facility Services

Brian Wingate, Yale University, Best Practices

Meg Riccio, Local 35, Yale University Best Practices

Steve Percival, Director, YSM Facility Services