# Yale HEALTH

55 Lock Street
P.O. Box 208237
New Haven, CT 06520-8237

Name: Reddick, Curtis A
MRN#: _____
DOB: 1/27/1963

## OUT OF WORK/SCHOOL NOTE

The above-named patient was absent from ☑ work ☐ school on 3/23/11 and was seen in Specialty Services for a ☐ work-related ☑ non work-related reason.

☐ Unable to return to ☐ work ☐ school before _____.

☑ May return to work/school on 3/28/11 ☑ with restrictions ☐ without restrictions.
Restrictions: No sustained heavy lifting or carrying, no work above shoulder level

☐ May not participate in gym or athletics.

## SURGICAL PROCEDURES

☐ The above named patient is scheduled for a procedure on _____ and is expected to be out of ☐ work ☐ school from _____ to _____.

☐ Unable to return to ☐ work ☐ school before _____.

☐ May return to work/school on _____ ☐ with restrictions ☐ without restrictions.
Restrictions: _____

May return to regular ☐ work ☐ gym/athletics on _____ ☐ with restrictions ☐ without restrictions.
Restrictions: _____

Please call (203) 432-0335 for any questions you may have.

Clinician signature: [signed]
Date: 23 Mar 11

Revised 06/10