# Yale HEALTH

55 Lock Street
P.O. Box 208237
New Haven, CT 06520-8237

Name: Curtis Reddick
MRN#: _____
DOB: 27 Jan '63

## OUT OF WORK/SCHOOL NOTE

The above-named patient was absent from ☒ work ~~school~~ on 11 Apr '11 and was seen in Orthopedics for a ☐ work-related ☒ non work-related reason.

☐ Unable to return to ☐ work ☐ school before _____

☒ May return to work/school on 12 Apr '11 ☐ with restrictions ☐ without restrictions.

Restrictions: No work above shoulder level with right hand/arm. No lifting/carrying over 5 lbs with right hand/arm. Duration of daily

☐ May not participate in gym or athletics. ✓ worked depends on level of symptoms may vary from 4 to 8 hrs. as approp. This limits are essen unchanged from prior note, and extend at least until testing + referral has been comp

### SURGICAL PROCEDURES

☐ The above named patient is scheduled for a procedure on _____ and is expected to be out of ☐ work ☐ school ~~from~~ _____ to _____.

☐ Unable to return to ☐ work ☐ school before _____

☐ May return to work/school on _____ ☐ with restrictions ☐ without restrictions.

Restrictions: _____

May return to regular ☐ work ☐ gym/athletics on _____ ☐ with restrictions ☐ without restrictions.

Restrictions: _____

Please call (203) 432-0335 for any questions you may have.

_____  11 Apr '11
Clinician signature        Date

Revised 06/10