SEE INSTRUCTIONS ON REVERSE SIDE  (PLEASE PRINT - USE BALLPOINT PEN - PRESS HARD)  LABOR RELATIONS COPY

**WRITTEN GRIEVANCE**  N°. 7203

✓ Bob Young

To: Gery Michelle ..................Immediate Supervisor          Grievance 1/14/ 1996

I hereby submit this WRITTEN GRIEVANCE after orally taking it up with you on, (day) Thursday (date) 4/14/L/

My Shop Steward (name) Curtis Reddick  ☒ was  ☐ was not present during the oral discussion. The essential details of the grievance are given below in accordance with the provisions of Article XV of the Agreement between Yale University and Local 35 F. U. E., AFL-CIO, which are reproduced in full on the reverse side of this form.

GRIEVANT: NAME Curtis Reddick  S.S. No. 042565951  Date Hired 8-17-90
Job Title 35 sr c/s          Department 35
Section                      Location Law Shcool

COMPLAINT: The incident complained of occurred on, (day) 4/14/l/ (date) Thrsday

FACTS: Gery Mrchelle said to me that Bob Young said that I can not com back to work until my doctor Lift the Restrictions

SECTION (S) of the AGREEMENT ALLEGEDLY VIOLATED: 27.1  7.3  19.7

RELIEF SOUGHT: to Be made whole of this

**STEP 1**
Submitted by Curtis Reddick 4/14/N
(GRIEVANT)  (DATE)

Received by _____ (SUPERVISOR) (DATE)     Disposition by _____ (SUPERVISOR) (DATE)

**STEP 2**
Appealed by _____ (CHIEF STEWARD) (DATE)

Received by _____ (DEPARTMENT HEAD) (DATE)     Disposition by _____ (DEPARTMENT HEAD) (DATE)

**STEP 3**
Appealed by _____ (FOR GRIEVANCE COMMITTEE) (DATE)

Received by _____ (DIRECTOR OF LABOR RELATIONS) (DATE)     Disposition by _____ (DIRECTOR OF LABOR RELATIONS) (DATE)

**STEP 4**
NOTICE TO SUBMIT TO ARBITRATION

Submitted by _____ (DATE)     Received by _____ (DATE)