# Yale HEALTH

55 Lock Street
P.O. Box 208237
New Haven, CT 06520-8237

Name: Curtis Reddick
MRN#: _____
DOB: 27 Jan '63

## OUT OF WORK/SCHOOL NOTE

The above-named patient was absent from ☒ work ☐ school on ~~02 May~~ 11 and was seen in ___orthopedics___ for a ☐ work-related ☒ non work-related reason.

☐ Unable to return to ☐ work ☐ school before _____.

☒ May return to (work)/school on ___as scheduled___ ☐ with restrictions ☒ (without restrictions)

Restrictions: _____

☐ May not participate in gym or athletics.

## SURGICAL PROCEDURES

☐ The above named patient is scheduled for a procedure on _____ and is expected to be out of ☐ work ☐ school from _____ to _____.

☐ Unable to return to ☐ work ☐ school before _____.

☐ May return to work/school on _____ ☐ with restrictions ☐ without restrictions.

Restrictions: _____

May return to regular ☐ work ☐ gym/athletics on _____ ☐ with restrictions ☐ without restrictions.

Restrictions: _____

Please call (203) 432-0335 for any questions you may have.

_[signature]_                                          02 May '11