# Employment Accommodation Program *for* Persons with Disabilities



# Windows of Opportunity

Yale University • Office for Equal Opportunity Programs

## Who is Covered?



If you are an individual who has a physical or mental impairment that substantially limits one or more major life activities you can be covered by this program.

The program is open to faculty and staff with disabilities, regardless of when you became disabled.

The program is also open to applicants with disabilities who request accommodation in the application process for Yale job opportunities.

Office for
Equal Opportunity Programs

203-432-0849 *(voice or TTY)*
203-432-7884 *(fax)*
100 Wall Street, Room 104
New Haven, CT 06520
E-mail: *EqualOpportunity@yale.edu*



## How Do I Get Started?

If you have a disability, you must take the first step by contacting the Office for Equal Opportunity Programs. We will describe the program to you, as well as answer your questions about how the program works.

## Required Documentation

You will need to provide us with written medical documentation from your health care provider.

*If you are a Yale faculty or staff member*, the documentation you provide should briefly explain your disability and the type of limitations your disability places on you in carrying out your current job duties. You will also need to provide us with your current job description so that we can identify the essential core functions of your job.

*If you are an applicant for employment*, the documentation you provide should briefly explain your disability and the type of limitation your disability places on you in making application for Yale job opportunities.

## What if my disability is covered under Worker's Compensation?

Your case will be managed by the Worker's Compensation Office in the Department of Human Resources.

## How is the Program Administered?

The administration of the program involves an interactive process with you, this Office, and, if you are a faculty or staff member, with your supervisor. Or, if you are an applicant, with you, this Office, and with Human Resources, an academic department or a school.

Once we have the required documentation from you, we will begin the interactive process:
(1) to identify the reasonable accommodations you need to carry out the essential or core duties of your position, or to complete the application process, and
(2) to ensure that reasonable accommodations are coordinated with your supervisor, or with Human Resources.



## How Does the Program Secure Reasonable Accommodations for Employees on the Job?

In addition to your supervisor, to ensure reasonable accommodations are provided, we may need to work with other Yale departments, such as Human Resources and/or Employee Health.

In some cases, in order to ensure that the appropriate reasonable accommodations are provided, we may need to consult with outside agencies that provide services to persons with disabilities. For example, we may work with outside agencies to arrange for any training, support, and coaching necessary for either you or your supervisor, during evaluation and implementation of your reasonable accommodations.

If you are a unionized employee, we may also consult with your union representative if appropriate, provided we have your permission to do so.

## Is the Program Confidential?

Yes. Confidentiality concerning your disability is protected by the parties involved in the interactive process. If necessary, we will seek the appropriate releases from you.